UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

BENJAMIN E. CLIFTON )
)
)
)
) Case Number: 25-1251-NJR
) (clerk's office will provide)
)
) ☒CIVIL RIGHTS COMPLAINT
Plaintiff(s)/Petitioner(s) ) pursuant to 42 U.S.C. §1983(State Prisoner)
V. )
BRANDON J. MIFFLIN, et al., )
)
)
)
)
)
Defendant(s)/Respondent(s) )

SCANNED at MENARD and E-mailed
**6/16/25** by _____ **101** pages
Date    Initials    No.

I. JURISDICTION
Plaintiff:
A. Plaintiff's mailing address, register number, and present place of confinement.
1) Mailing Address: Benjamin E. Clifton Y25989
PO Box 1000
Menard IL 62259
2) Register Number: Y25989
3) Menard Correctional Center I.D.O.C.

Page 1

Defendant #1:

B. Defendant Brandon J. Mifflin Badge #3458 is employed as
(a) (Name of First Defendant)
Correctional Officer/Lieutenant with
(b) (Position/Title)
Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274
(c) (Employers Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #1 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

Defendant Brandon J. Mifflin at the time of complaint was employed as State correctional officer with the rank of lieutenant and was the reporting employee to sign off on disciplinary report 202400749/1-PNK. Sued in individual capacity.

Defendant #2:

C. Defendant L. Mero Badge #692 is employed as
(a) (Name of Second Defendant)
Correctional Officer/Major with
(b) (Position/Title)
Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274
(c) (Employers Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #2 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

Defendant L. Mero at the time of complaint was employed as State correctional officer with the rank of major and was the shift supervisor to sign off on disciplinary report 202400749/1-PNK. Sued in individual capacity.

Page 2

Defendant #3:

D. Defendant R. Bridges Badge # 848 _____ is employed as
        (a) (Name of Third Defendant)
_____ Correctional Officer /Major _____ with
        (b) (Position/Title)
Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274
        (c) (Employers Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #3 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

Defendant R. Bridges at the time of complaint was employed as state correctional officer with the rank of major and was the reviewing officer to sign off on disciplinary report 202400749/1-PNK. Sued in individual capacity.

Defendant #4:

E. Defendant B. Walls Badge #9672 _____ is employed as
        (a) (Name of Forth Defendant)
_____ Correctional Officer/N/A: _____ with
        (b) (Position/Title)
Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274
        (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #4 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

Defendant B. Walls at the time of complaint was employed as state correctional officer with the rank of N/A and was the hearing investigator to sign off on disciplinary report 202400749/1-PNK and 202401057/1-PNK, also 202400554/1-PNK. Sued in individual capacity.

Page 3

Defendant #5:

F. Defendant ___J. Sroka Badge #9140___ is employed as
(a) (Name of Fifth Defendant)

___Correctional Officer/Lieutenant___ with
(b) (Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c) (Employers Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #5 employed
by the state, local, or federal government? ☒Yes ☐No
If your answer is YES, briefly explain:
J. Sroka at the time of complaint was employed by the state as correctional
officer with the rank of lieutenant and was the reporting employee to sign late
on disciplinary report 202401057/1-PNK. Sued in individual capacity.

Defendant #6:

G. Defendant ___J. Marnac Badge #807___ is employed as
(a) (Name of Sixth Defendant)

___Correctional Officer/Major___ with
(b) (Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #6 employed
by the state, local, or federal government? ☒Yes ☐No
If your answer is YES, briefly explain:
J. Marnac at the time of complaint was employed by the state as correctional
officer with the rank of major and was the reviewing officer to sign off on
disciplinary report 202401057/1-PNK. Also the shift supervisor to sign off on disciplinary
report 202400554/1-PNK. Sued in individual capacity.

Page 4

Defendant #7:

H. Defendant ___Gregory D. Little_____ is employed as
(a) (Name of Seventh Defendant)

___Correctional Officer / Lieutenant_____ with
(b) (Position / Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c) (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #7 employed
by the state, local, or federal government? ☒Yes  ☐No
If your answer is YES, briefly explain:
Gregory D. Little at the time of complaint was employed as a state correctional
officer with the rank of lieutenant, and was the chair person of the hearing
committee to sign off on the summary report for disciplinary report 202400749/1-PNK,
202401057/1-PNK, and 202400554/1-PNK. Sued in individual capacity.

Defendant #8:

I. Defendant ___Kelsey S. Smith_____ is employed as
(a) (Name of Eighth Defendant)

_____N/A_____ with
(b) (Position / Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c) (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #8 employed
by the state, local, or federal government? ☒Yes ☐No
If your answer is YES, briefly explain:
Kelsey S. Smith at the time of complaint was employed as N/A for Pinckneyville CC
and was the minority for the hearing committee, but did not sign the summary
report for disciplinary report 202400749/1-PNK. Sued in individual capacity.

Page 5

Defendant #9:

J. Defendant ___Christel S. Crow___ is employed as
(a)(Name of Ninth Defendant)

___Chief Administrative Officer / Warden___ with
(b) (Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c)(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #9 employed
by the state, local, or federal government? ☒YES ☐NO
If your answer is YES, briefly explain:
Christel S. Crow at the time of complaint was employed as Chief Administrative
Officer with the rank of Warden and was the Chief Administrative Officer of
the hearing committee to sign off on the summary reports for disciplinary reports
202400749/1-PNK and 202400554/1-PNK. Sued in individual capacity.

Defendant #10:

K. Defendant ___Diane Skorch___ is employed as
(a) Name of Tenth Defendant)

___N/A___ with
(b)(Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c)(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #10 employed
by the state, local, or federal government? ☒YES ☐NO
If your answer is YES, briefly explain:
Diane Skorch at the time of complaint was employed as N/A for Pinckneyville CC
and was the minority for the hearing committee to sign off on the summary reports
for disciplinary reports 202401057/1-PNK and 202400554/1-PNK. Sued in individual
capacity.

Page 6

Defendant #11:

L. Defendant ___Bradley A. Kirkman___ is employed as
(a)(Name of Eleventh Defendant)

___Correctional Officer/N/A___ with
(b) (Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c)(Employers Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #11
employed by the state, local, or federal government? ☒YES ☐NO
If your answer is YES, briefly explain:
Bradley A. Kirkman at the time of complaint was employed as state correctional
officer with the rank of N/A, and was the minority of the hearing committee
on summary report for disciplinary report 202401057/1-PNK. Sued in individual
capacity.

Defendant #12:

M. Defendant ___John M. Berwick___ is employed as
(a)(Name of twelfth defendant)

___Chief Administrative Officer/Warden___ with
(b) (Position/Title)

___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
(c)(Employers Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #12
employed by the state, local, or federal government? ☒YES ☐NO
If your answer is YES, briefly explain:
John M. Berwick at the time of complaint was employed as Chief Administrative
officer with the rank of warden and was the Chief Administrative officer of the
hearing committee to sign off on the summary report for disciplinary report
202401057/1-PNK. Sued in individual capacity.

Page 7

Defendant #13:

N. Defendant __Ryan Nothnagle__ is employed as
(a) (Name of Thirteenth Defendant)

__Board Member/Administrative Review Board__ with
(b) (Position/Title)

The Illinois Department of Corrections, Administrative Review Board, 1301 Concordia, P.O. Box 19277, Springfield IL 62794-9277
(c) (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #13 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Ryan Nothnagle at the time of complaint was employed as a board member for the Administrative Review Board of Department of Corrections and was the board member to sign off grievance responses dated 5/3/24 for disciplinary report 202400749/1-PNK and 202401057/1-PNK, also 202400554/1-PNK. Sued in individual capacity.

Defendant #14:

O. Defendant __Latoya Hughes__ is employed as
(a) (Name of Fourteenth Defendant)

__Acting Director__ with
(b) (Position/Title)

The Illinois Department of Corrections, 1301 Concordia, P.O. Box 19277, Springfield, IL 62794-9277
(c) (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose was Defendant #14 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Latoya Hughes at the time of complaint was employed as acting director for The Illinois Department of Corrections, and was the acting director to concurr with the administrative review boards decision, and sign off grievance response's dated 5/3/24 for disciplinary 202400749/1-PNK and 202401057/1-PNK, also 202400554/1-PNK. Sued in individual capacity.

Page 8

Defendant #15:

P. Defendant ___Richard Ransom Badge #9426_____ is employed as
                  (a) (Name of Fifteenth Defendant)
___Correctional Officer / Lieutenant_____ with
               (b) (Position/Title)
___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
                  (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #15 employed

by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Defendant Richard Ransom at the time of complaint was employed as state correctional officer

with the rank of lieutenant and was the reporting employee to sign off on disciplinary report

202400554/1-PNK. Sued in individual capacity.

Defendant #16:

Q. Defendant ___Major Smith Badge #532_____ is employed as
                  (a) (Name of Sixteenth Defendant)
___Correctional Officer / Major_____ with
               (b) (Position/Title)
___Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274___
                  (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #16 employed

by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Defendant Major Smith at the time of complaint was employed as state correctional officer

with the rank of major and was the reviewing officer to sign off on disciplinary report

202460554/1-PNK. Sued in individual capacity.

Page 9

Defendant #17:

R. Defendant <u>Sgt. Agnew  Badge #12606</u> _____ is employed as
        (a) (Name of Seventeenth Defendant)

<u>Correctional officer / Sargent</u> _____ with
        (b) (Position/Title)

<u>Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274</u>
        (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose was Defendant #17 employed
by the state, local, or federal government? ☑Yes ☐No
If your answer is YES, briefly explain:
Defendant Sgt. Agnew at the time of complaint was employed as state correctional officer
with the rank of Sargeent and was the serving employee to sign off on disciplinary report
2024 00554/1-PNK. Sued in individual capacity.

Defendant #18:

S. Defendant ___<u>Leah    Strong</u>_____ is employed as
        (a) (Name of Eighteenth Defendant)

<u>Correctional    Counselor</u>_____ with
        (b) (Position/Title)

<u>Menard CC, P.O. Box 1000 Menard IL 62259</u>
        (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #18 employed
by the state, local, or federal government? ☑Yes ☐No
If your answer is YES, briefly explain:
At the time of complaint Leah Strong was a Menard CC, counselor who responded to
grievance #K4-0824-4143. Sued in individual capacity.

Defendant #19

T. Defendant ___Jacob Guetersloh___ is employed as
(a) (Name of Nineteenth Defendant)

___Correctional Counselor___ with
(b) (Position/Title)

___Menard CC, P.O. Box 1000, 711 Kaskaskia St., Menard, IL 62259___
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #19 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

At the time of complaint Jacob Guetersloh was a Menard CC, Correctional Counselor who responded to grievance #K4-0824-4143 as the grievance officer and recommended the grievance be denied. Sued in individual capacity.

Defendant #20

U. Defendant ___Kevin Reichert___ is employed as
(a) (Name of Twentieth Defendant)

___Warden/Chief Administrative Officer___ with
(b) (Position/Title)

___Menard CC, P.O. Box 1000, 711 Kaskaskia St., Menard, IL 62259___
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #20 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

At the time of the complaint Kevin Reichert was the Menard CC, Chief Administrative Officer with the rank of warden to sign off on grievance #'s K4-0824-4143, K4-1024-5177, K4-0225-0606, and K4-0225-0571. Sued in individual capacity.

Page 11

Defendant #21

V. Defendant ___Carri Morris___ is employed as
  (a)(Name of Twenty-First Defendant)
___LCSW, Social Worker IV___ with
  (b) (Position/Title)
___Menard CC, P.O. Box 1000 711 Kaskaskia St. Menard, IL 62259___
  (c)(Employers Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #21 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

At the time of complaint Carri Morris was a LCSW (Social Worker IV) at Menard CC, and responded to grievance K4-0824-4143 by denying me immediate or timely mental health assistance. Sued in individual capacity.

Defendant #22

X. Defendant ___Anthony Wills___ is employed as
  (a)(Name of Twenty-Second Defendant)
___Warden/ Chief Administrative Officer___ with
  (b) (Position/Title)
___Menard CC, PO Box 1000 711 Kaskaskia St. Menard, IL 62259___
  (c)(Employers Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #22 employed by the state, local, or federal government? ☒Yes ☐No

If your answer is YES, briefly explain:

At the time of complaint Anthony Wills was Chief Administrative Officer at Menard CC, and denied emergency grievances K4-0824-4143 and K4-0325-1571. Confirmed emergency grievance K4-0225-0606. Sued in individual capacity.

Page 12

Defendant #23

Y. Defendant _____ M. Lively _____ is employed as
(a)(Name of Twenty Third Defendant)
_____ Correctional Counselor II _____ with
(b)(Position/Title)
_____ Pinckneyville CC, 5835 State Route 154 Pinckneyville, IL 62274
(c)(Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #23 employed
by the state, local, or federal government? ☒Yes ☐No
If your answer is YES, briefly explain:
At the time of complaint M. Lively was a Correctional counselor at
Pinckneyville CC, and responded to grievance 59-0224-712 by denying
the grievance. Sued in individual capacity.

Page 12

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. §1983 (State Prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☐ Yes ☒ No

1) I have not filed any of my own previous lawsuits but have joined a Class action against I.D.O.C. that is being represented by Heller & Holmes lawfirm, located at 1101 Broadway Ave, Mattoon IL 61938. Attached is a copy of a letter written to them with no response.

To Whom This May Concern,                                                04-02-25

My name is Benjamin E Clifton, I.D.O.C. # Y25989. I am writing In reguards to the Hep C lawsuit you are representing and that I am a plaintiff in. I'm currently filing a lawsuit Pro Se and have to answer some questions about previous lawsuits that I have begun while being a prisoner. It is my hopes that you can provide me with this information. I know you are busy, so I will just provide the questions my self-help packet provides and hopefully you can respond with the answers.

1) Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2) Court (if federal court, name of the district; if state court, name of the county):

3) Docket Number:

4) Name of Judge to whom case was assigned:

5) Type of case (for example: Was it a habeas corpus or civil rights action?):

6) Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7) Approximate date of filing lawsuit:

8) Approximate date of disposition:

9) Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike"?

Thank you for your help and time.

                                                    Respectfully,

                                                    Benjamin E Clifton
                                                    Y25989
                                                    Menard CC
                                                    , PO Box 1000
                                                    Menard IL 62259

III. Grievance Procedure

A. Is there a prisoner grievance procedure in the institution? ☒YES ☐NO

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒YES ☐NO

C. If your answer is YES,

1. What steps did you take?

A. I filed grievances for disciplinary reports straight to Springfield ARB being that I was at a different facility from where incident occurred and provided all evidence with grievances within 60-Day time frame.

B. I exhausted all administrative remedies on all grievances on incidents that happened in Menard.

2. What was the result?

All my grievances were denied on all levels except grievance KH-0025-0606 was AFFIRMED at institutional level but denied at the ARB.

page 16

# IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a seperate memorandum of law. If you intend to allege a number of claims, number and set forth each claim in a seperate paragraph. If your claims relate to prison disiplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

B. On disciplinary report 202400554/1-PNK I requested C/O Brummeier as a witness that could testify I.I.C. Harbaugh was fighting back, which would have made my offense a fight not an assault. I was escorted to my hearing on 02/15/24 at apprx 11:00 a.m. from 5-A-18 to the 5 House foyer for my disciplinary hearing by C/O Brummeier (my witness), who was the 5-day officer on 5-A. At this hearing I pled not guilty and notified Lt. Little and Diane Skorch of my witness and what he could testify to. Lt. Little responded that "He would not believe his officers word over another officer's word or use it against one another." My witnesses testimony was left out of the summary report and filled out that I requested no witness. Resulting in my exonerating evidence of Assault being neglected and hidden from the rest of the committee who signs off on summary reports and resulted in me getting more segregation time. Lt. Little and Diane Skorch should have heard my witnesses testimony and put it in the summary report to support my defense. Instead Diane Skorch remained silent and let Lt. Little violate my Due Process by his actions. When grieved Ryan Nothnagle and Latoya Hughes showed deliberate indifference and violated my Due Process by saying "I did not ~~substand~~ substantiate witness was requested prior to hearing" Even though it is in ink on the front of the disciplinary report and I pointed that out in the grievance.

C. On disciplinary report 2024 00749/1-PNK I was given a hearing 03/1/24 at apprx. 12:30pm. At this hearing I pled not guilty and refused to sign the restitution papers, but it was put in the summary report I pled guilty. I was also fund guilty without all the proper signatures by the adjustment committee. That being minority member Kelsey S. Smith did not sign. Being all members did not sign required by ADR's, disciplinary action should not have been able to be enforced until done so. This violates my right to Due Process by all members Gregory D. Little, Kelsey S. Smith, and Christel S. Crau. When grieved Ryan Nothnagle and Latuya Hughes showed deliberate indifference and denied that my Due Process was violated. This evidence should have resulted in expungement of disciplinary action but was not.

D. On disciplinary report 202401057/1-PNK I was given a hearing on 03/24/24 at apprx. 1:30p.m. in 5 House Foyer. In this hearing I pled not guilty and showed Lt. Little and Dicre Skorch that the reporting employee who wrote the ticket J. Sroka failed to sign his report and this should have led to immediate expungement. I was told in the hearing by Lt. Little that "we will discuss this matter.", and then sent back to my cell. The same day at apprx 4-4:30pm I was served a revised ticket containing J. Sroka's signature. On 04/05/24 I was taken to a continued hearing that I was unaware of, where I asked for a continuance to obtain ADR's for evidence to show why this ticket should have been expunged. On 04/09/24 I went to the continued and showed the ADR Section 504.30 and my original ticket of what is required of a complete ticket and why my ticket was incomplete. This evidence and defense was left out of the summary leading all higher ups to believe I had no defense and there was not ever an incomplete ticket. Lt. Little violated my rights, specifically Due Process by first, not expunging the incomplete ticket. Second, withholding my defense/testimony and evidence from the summery report. Dicre Skorch showed deliberate indifference and violated my Due Process by remaining silent and not specking against Lt. Little's actions. When grieved Ryan Nothnagle and Latoya Hughes violated my Due Process by not giving me atleast a re-hearing even though I provided all original documents and grieved in time frame.

E. Due to the violations of my rights and the actions of defendants in claims B, C, and D, I was transferred to Menard segregation. Since being in Menard my living conditions have been inhumane and my rights and ADA's have been ignored. In the apprx. year I have been here I have been offered yard one time, cleaning supplies have been offered or given by request only a handful of times. You cannot get nail clippers by request and a razor was not provided until 03-25. I have unspecified anxiety and from not getting outside communication, no sunlight/outside time, I have had problems with stress, depression, anxiety, and anger. When I grieved these problems and marked emergency I included all the problems, I was having and notified that I felt I needed to see mental health or telepsych to mental health on their weekly walk through. I was never taken to suicide watch, a one-on-one, or to see telepsych. My grievance was deemed non-emergency by A. Wills on 8-30-24 and on 08-31-24 I was excessively maced for attempted staff assault. If A. Wills would have expedited this correctly I could of received help and never been maced. Leah Strang, Carri Morris, J. Guetersloh, and Kevin Reichert also violated my rights by not letting and actually refusing me to see telepsych. When sent to Administrative Review Board Ryan Nothnagle violated my rights by lieing and denying my grievance saying I failed to cite dates within the 60-day time frame even though I did.

F. After being moved I was stripped-out and moved from 05-36 to 02-45 in North 2. Today is 04-05-25 and I still have not received my property that was taken on 08-31-24. I was left in a cell for 10 days before receiving a bedroll. When grieved I asked for proper clothing and my property to be brought to me which is required by ADR's. Anna Fitzgerald, Kevin Reichert, and counselor young all violated my rights by denying my grievance and not helping me be provided with proper clothing. There is an excessive amounts of floods on N2-2 gallery due to broken plumbing and 2 gallery being a gallery where they put more troublesome offenders. Being that I did not have slip-on/shower shoes I was subject to walking up and stepping in feces/urine/dirty water. This water was left backed up in our cells and never cleaned out. I am not provided cleaning supplies regularly or by request at all. The excess water attracts bugs that get in the trays, your bed, clothes and etc. From all this I have contracted athletes foot, given stomache pills from digestion problems, and cough/respiratory pills from where i'm breathing in rust and dirt from the door and ventilation system being clogged. My medication has constantly been increased and I have to wear socks on my hands from scratching while I sleep.

## V. Request For Relief

State exactly what you want this court to do for you. IF you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of goodtime expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the Clerk's office.

WHEREFORE Plaintiff respectfully prays that this court:

A. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States;

B. Order Defendants to pay Compensatory damages

C. Order Defendants to pay reasonable fees and costs; and

D. Grant other just and equitable relief that this Honorable Court deems necessary

VI. Jury Demand

The plaintiff ☒ does ☐ does not request a trial by jury.


DECLERATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11 (a) and 11 (b) of the Federal Rules of Civil Procedure. The undersigned also recognize that failure to comply with Rule 11 may result in sanctions.


Signed on: ___06 -12-25___

      (Date)

___P.O. Box  1000___

    (Street Address)

___Menard, IL  62259___

   (City, State, Zip)

___Benj E Clif___

(Signature of Plaintiff)

___BENJAMIN E. CLIFTON___

(Printed Name)

___Y25989___

(Prisoner Register Number)


___N/A___

(Signature of Attorney)


Page 1.4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BENJAMIN E. CLIFTON )
Plaintiff )

)

VS. ) Case No.: _____

)

BRANDON J. MIFFLIN ET. AL., )
Defendant )

---

Notice of Filing

TO: UNITED STATES DISTRICT                    TO: _____
COURT, SOUTHERN DISTRICT OF                   _____
ILLINOIS, ~~CLERK~~ CLERK                     _____

_____                                    _____

TO: DEFENDANT(S)                              TO: _____
BRANDON J. MIFFLIN ET. AL.,                   _____

_____                                    _____

_____                                    _____

PLEASE TAKE NOTICE that on June 12th, 2025, I have provided service
to the person(s) listed above by the following means:
☑ Electronically filed through Menard Correctional Law Library

Page 1.5

## DECLARATION UNDER PENALTY OF PERJURY

Pursant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 06-12-25

/s/ Benjamin E. Clifton

NAME: BENJAMIN E. CLIFTON

ID# Y25989

Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

## CERTIFICATE OF SERVICE

I certify that a copy of this Civil Rights Complaint §1983 was mailed/delivered to BRANDON J MIFFLIN ET. AL., on 06-12-25

/s/ Benjamin E. Clifton

NAME: BENJAMIN E CLIFTON

ID# Y25989

Page 66

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report Continuation Page**

Pinckneyville C.C.
Facility

☑ Disciplinary Report   ☐ Investigative Report   ☐ Disciplinary Summary   ☐ Adjustment Committee Summary

Report/Incident Date: 2/12/24 _____   Incident # (if applicable): _____

**Individual in Custody Information:**
Name: Clifton, Benjamin                          ID #: Y25989

Use the space below to provide any additional information.

refused. I entered the cell with Sgt. Wheat and Wheat administered a short burst of OC/Pepper spray at a different angle. All direct orders given were refused and I then pulled the back of Cliftons shirt stating "Stop fighting". Clifton then complied and backed off Harbaugh. Clifton was then escorted toward the cell door to be placed in handcuffs, when Clifton started to be non compliant and pull away. Clifton tried to go back towards Harbaugh in the cell. Clifton had to be placed on the ground outside the cell door to secure him in handcuffs. I secured Harbaugh in handcuffs while I was in the cell. Clifton was placed in Restrictive Housing and secured in C72 without further incident. Chain of Command was notified. Clifton was identified by State ID and 0360.

Lt. Ransom   9421   2/12/24   12:05pm

Page  2  of  2

Distribution: Master File, Individual in Custody        Printed on Recycled Paper        DOC 0318 (Rev. 7/2021)

Page 19

5C72

2024 00 554 1 1-PCK

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
☑ Disciplinary   ☐ Investigative

Facility: Pinckneyville Correctional Center         Date: 2/12/24

Name of Individual in Custody: Clifton, Benjamin         ID # Y25989         SMI: ☐ yes ☑ no         Race: White per 0360

Observation Date: 2/12/24   Approximate Time: 9:40   ☐ a.m ☐ p.m   Location: R5 D15

Offense(s): DR 504:   102c - Assault to an Offender
                      215 - Disobeying a Direct Order Essential to Safety and Security

**Observation** (NOTE: Each offense identified above must be substantiated)

On Monday, February 12th, 2024, at approximately 9:40 A.M., I (Lt. Richard Ransom #9426) was locking up R5 D-Wing Yard. I witnessed Individual in Custody Clifton, Benjamin #Y25989 in cell R5D15 striking Individual in Custody Harbaugh, Takoda #Y37953 in the head and face area with closed fists. Harbaugh is assigned to R5-D15 and Clifton entered Harbaugh's assigned cell to assault him. Harbaugh was in the back corner of the cell covering his head and face area. I gave multiple direct orders to stop fighting or OC/Pepper Spray would be used. All direct orders given were refused and Clifton continued to strike Harbaugh. I then introduced a short burst of OC/Pepper spray to attempt to gain compliance to prevent injury to either individual. I then issued more direct orders to stop fighting and all direct orders given were

Witness(es): Sgt. Wheat #12798, C/O Brammeier #7636

☑ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |
|---|---|---|---|---|---|
| Lt. Richard Ranson | 9426 | | 2/12/24 | 1205 | ☐ a.m ☑ p.m |

**Disciplinary Action:**

Shift Review: ☑ Temporary Confinement   ☐ Investigative Status   Reasons: NATURE of OFFENSE

Printed Name and Badge #: W. S. Wheat #807         Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)         Date: 2-12-24

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: Confirm Ranson Hour

☑ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #: Sgt. S. Smith 572         Reviewing Officer's Signature         Date: 2/12/24

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

Print Hearing Investigator's Name and Badge #: B. Walla 9677         Hearing Investigator's Signature: B WaDG         Date: 2-13-24

Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents

Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign         Individual in Custody's Signature: Ben E Clifton         ID#: Y25989

Serving Employee (Print Name): Ayr~         Badge #: 12GOC         Signature

Date Served: 2/14/24         Time Served: 9:10 ☑ a.m ☐ p.m

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature _____   ID# _____

-----

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report _____   Print individual in custody's name _____   ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Broumeier
Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to: Offender fought back

Print Name of witness _____   Witness badge or ID# _____   Assigned Cell (if applicable) _____   Title (if applicable) _____

Witness can testify to _____

Distribution   Master File
              Individual in Custody

Page 1 of 2
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | **IDOC Number:** Y25989 | **Race:** WHI |
| **Hearing Date/Time:** 2/15/2024  11:14 AM | **Living Unit:** PNK-R5-A-18 | **Orientation Status:** N/A |
| **Incident Number:** 202400554/1 - PNK | **Status:** Final | |

*Inmate signed waiver agreeing to hearing date less than 24 hrs. after ticket was served*

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/12/2024 | 202400554/1-PNK | RANSOM, RICHARD C | R5 CELLHOUSE | 09:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 102c | Assault of an Offender<br>Comments:Harbaugh Y37953 | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

DR read to Clifton, Benjamin Y25989. Clifton pled not guilty to assault.

## BASIS FOR DECISION

Reporting Lt. Ransom's report states, on 2-12-2024 at approximately 9:40 AM Lt. Ransom was locking up R5 D Wing yard. Ransom witnessed Individual in Custody Clifton, Benjamin Y25989 in cell R5D15 striking Individual in Custody Harbaugh, Takoda Y37953 in the head and face area with closed fists. Harbaugh is assigned to R5D15 and Clifton entered Harbaugh's assigned cell to assault him. Harbaugh was in the back corner of the cell covering his head and face area. Ransom gave multiple direct orders to stop fighting or OC/Pepper Spray would be used. All direct orders given were refused and Clifton continued to strike Harbaugh. Ransom then introduced a short burst of OC/Pepper spray to attempt to gain compliance to prevent injury to either individual. Ransom then issued more direct orders to stop fighting and all orders given were refused. Ransom entered the cell with Sgt. Wheat and Wheat administered a short burst of OC/Pepper spray at a different angle. All direct orders were refused and Ransom pulled the back of Cliftons shirt stating "Stop fighting". Clifton then complied and back off Harbaugh. Clifton was then escorted toward the cell door to be placed in handcuffs, when Clifton started to be non-compliant and pull away. Clifton tried to go back in towards Harbaugh in the cell. Clifton had to be placed on the ground outside the cell door to secure him in handcuffs. Ransom secured Harbaugh in handcuffs while he was in the cell. Cliftons' failure to provide exonerating evidence and The report Lt. Ransom's provided. Individual in Custody Clifton, Benjamin Y25989 was identified by State issued ID and Offender 360.

##1st 102c in last 365 days.##

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 45 Days  Segregation | 45 Days  Segregation |
| **Basis for Discipline:**nature of offense | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | 02/15/24 | WHI |
| SKORCH, DIANE | | 02/15/24 | HSP |

Recommended Action Approved

**Final Comments:** N/A

Page 20

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | **IDOC Number:** Y25989 | **Race:** WHI |
| **Hearing Date/Time:** 2/15/2024  11:14 AM | **Living Unit:** PNK-R5-A-18 | **Orientation Status:** N/A |
| **Incident Number:** 202400554/1 - PNK | **Status:** Final | |

CHRISTEL S CROW / JTK  3/3/2024

**Chief Administrative Officer**

Signature

03/03/24

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

3.4.24

**When Served - - Date and Time**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E     **IDOC Number:** Y25989     **Race:** WHI

**Hearing Date/Time:** 2/15/2024  11:14 AM     **Living Unit:** PNK-R5-A-18     **Orientation Status:** N/A

**Incident Number:** 202400554/1 - PNK     **Status:** Final

---

CHRISTEL S CROW / JTK  3/3/2024             03/03/24

*Chief Administrative Officer*        Signature               Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

3.4.24

*Employee Serving Copy to Committed Person*        When Served  - - Date and Time

Page 21

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | | **IDOC Number:** Y25989 | | **Race:** WHI |
| **Hearing Date/Time:** 2/15/2024  11:14 AM | | **Living Unit:** PNK-R5-A-18 | | **Orientation Status:** N/A |
| **Incident Number:** 202400554/1 - PNK | | **Status:** Final | | |

*Inmate signed waiver agreeing to hearing date less than 24 hrs. after ticket was served*

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/12/2024 | 202400554/1-PNK | RANSOM, RICHARD C | R5 CELLHOUSE | 09:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 102c | Assault of an Offender | Guilty |
| | Comments:Harbaugh Y37953 | |
| 215 | Disobeying a Direct Order Essential to Safety and | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
DR read to Clifton, Benjamin Y25989. Clifton pled not guilty to assault.

## BASIS FOR DECISION
Reporting Lt. Ransom's report states, on 2-12-2024 at approximately 9:40 AM Lt. Ransom was locking up R5 D Wing yard. Ransom witnessed Individual in Custody Clifton, Benjamin Y25989 in cell R5D15 striking Individual in Custody Harbaugh, Takoda Y37953 in the head and face area with closed fists. Harbaugh is assigned to R5D15 and Clifton entered Harbaugh's assigned cell to assault him. Harbaugh was in the back corner of the cell covering his head and face area. Ransom gave multiple direct orders to stop fighting or OC/Pepper Spray would be used. All direct orders given were refused and Clifton continued to strike Harbaugh. Ransom then introduced a short burst of OC/Pepper spray to attempt to gain compliance to prevent injury to either individual. Ransom then issued more direct orders to stop fighting and all orders given were refused. Ransom entered the cell with Sgt. Wheat and Wheat administered a short burst of OC/Pepper spray at a different angle. All direct orders were refused and Ransom pulled the back of Cliftons shirt stating "Stop fighting". Clifton then complied and back off Harbaugh. Clifton was then escorted toward the cell door to be placed in handcuffs, when Clifton started to be non-compliant and pull away. Clifton tried to go back in towards Harbaugh in the cell. Clifton had to be placed on the ground outside the cell door to secure him in handcuffs. Ransom secured Harbaugh in handcuffs while he was in the cell. Cliftons' failure to provide exonerating evidence and The report Lt. Ransom's provided. Individual in Custody Clifton, Benjamin Y25989 was identified by State issued ID and Offender 360.

##1st 102c in last 365 days.##

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 45 Days  Segregation | 45 Days  Segregation |
| Basis for Discipline:nature of offense | |

## Signatures
### Hearing Committee

| | | Signature | Date | Race |
|---|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | | 02/15/24 | WHI |
| SKORCH, DIANE | | | 02/15/24 | HSP |

Recommended Action Approved

**Final Comments:** N/A

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** 02/28/2024    **Date of Review:** 03/19/2024    **Grievance # (optional):** 59-0224-712

**Offender:** Clifton, Benjamin    **ID#:** Y25989

**Nature of Grievance:**

ODR 202400554/1-PNK

**Facts Reviewed:**

Grievant claims he was involved in a fight R-5 and the responding officer was Brammier but Lt. Ransom wrote the report. Grievant claims Lt. Ransom wasn't present for the beginning of the incident. Grievant claims his due process has been violated and he was charged 102c Assault of an Offender. Grievant claims C/O Brammeier can attest to the fact the other individual took a fighting stance and fought back, and that was given to I/A Wilson. Grievant claims this incident is a fight and not an assault and he was disciplined on their personal agenda. Grievant claims he was given discipline for a 2nd assault which is 45 days in seg and since it's his 1st assault should have been 28 days.

Relief requested: I want the appropriate disciplinary actions taken. I want to be compensated for all the extra days I'm in seg past that appropriate discipline. I also want an investigation done on the disciplinary hearing process done in Pinckneyville and the conduct of the staff.

**RESPONSE:**
Staff discipline is an administrative decision.

Monetary compensation is not awarded at this level.

CONTINUED...

**Recommendation:**

Based upon a review of the information available, I find the ODR to have been written, processed, and served in accordance with DR 504. The Adjustment Committee relied on sufficient evidence to be reasonably satisfied the individual was guilty of the infraction. Discipline imposed complies with DR 504 guidelines. I recommend the grievance be DENIED.

M. Lively, CCII

Print Grievance Officer's Name                                      Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/21/24    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                                      3/21/24    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                              ID#                              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Page 2 (con't)                                                              Grievance #K59-0224-712

Clifton, Benjamin #Y25989

Records reflect grievant received DR202400554/1-PNK for 102c-Assault of an Offender, and 215-Disobeying a Direct
Order Essential to Safety and Security on 2/12/24, and the hearing was held on 2/15/24.

DR read to Clifton, Benjamin Y25989. Clifton pled not guilty to assault.

Reporting Lt. Ransom's report states, on 2-12-2024 at approximately 9:40 AM Lt. Ransom was locking up R5 D Wing yard.
Ransom witnessed Individual in Custody Clifton, Benjamin Y25989 in cell R5D15 striking Individual in Custody Harbaugh,
Takoda Y37953 in the head and face area with closed fists. Harbaugh is assigned to R5D15 and Clifton entered
Harbaugh's assigned cell to assault him. Harbaugh was in the back corner of the cell covering his head and face area.
Ransom gave multiple direct orders to stop fighting or OC/Pepper Spray would be used. All direct orders given were
refused and Clifton continued to strike Harbaugh. Ransom then introduced a short burst of OC/Pepper spray to attempt to
gain compliance to prevent injury to either individual. Ransom then issued more direct orders to stop fighting and all orders
given were refused. Ransom entered the cell with Sgt. Wheat and Wheat administered a short burst of OC/Pepper spray at
a different angle. All direct orders were refused and Ransom pulled the back of Cliftons shirt stating "Stop fighting". Clifton
then complied and back off Harbaugh. Clifton was then escorted toward the cell door to be placed in handcuffs, when
Clifton started to be non-compliant and pull away. Clifton tried to go back in towards Harbaugh in the cell. Clifton had to be
placed on the ground outside the cell door to secure him in handcuffs. Ransom secured Harbaugh in handcuffs while he
was in the cell. Cliftons' failure to provide exonerating evidence and The report Lt. Ransom's provided. Individual in
Custody Clifton, Benjamin Y25989 was identified by State issued ID and Offender 360.

##1st 102c in last 365 days.##

Grievant received 2 months demotion to C grade, and 45 days in restrictive housing.

Discipline imposed is within the specifications given per DR504 Maximum Penalties.

Page 23

Assigned Grievance # / Institution: K59.0224.712          Housing Unit: 5N8   Bon #:

FEB 28 2024                    ILLINOIS DEPARTMENT OF CORRECTIONS
                                    Offender's Grievance                    2nd Lvl roc'

| Date: 02-22-24 | Offender (please print): BENJAMIN E CLIFTON | ID #: Y25989 | Race (optional): W |

Present Facility: Pinckneyville          Facility where grievance issue occurred: Pinckneyville

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility ☐ Other (specify):
- ☒ Disciplinary Report   02-12-24              Pinckneyville
                          Date of report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As put in Disciplinary Report I was involved in a fight that happened inside Cell B-5-D15. The responding officer was C/O Brammier Badge #7636. My grievance is based on the fact that Lt. Ransom wrote the report but was NOT PRESENT for the beginning of the incident. Lt. Ransom's badge # is 9426. From after the incident to the ticket hearing I have been MALICOUSLY PROSECUTED and

☒ Continued on reverse

**Relief Requested:**

I want the appropriate disciplinary actions taken. I want to be compensated for all the extra days i'm in SEG past that appropriate discipline. I also want an investigation done on the Disciplinary Hearings Process done in Pinckneyville and the conduct of the staff.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

| Offender's Signature | Y25989 ID# | 02-22-24 Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |

Distribution  Master File  Offender                    Page 1 of 2              DOC 0046 (Rev. 01/2020)

page 24

Assigned Grievance #:Institution: _____    _____    Housing Unit: _____    Bed #: _____

Rct'd v/ rec: _____    **ILLINOIS DEPARTMENT OF CORRECTIONS**    2nd Lvl rec: _____
**Offender's Grievance**

my right to DUE PROCESS has been violated. I was charged
with 102c Assault to an offender. C/O Brimmeier #9636 can
attest to the fact the other individual took fighting stance, and
fought back. This information was given to I.A. Wilson also
the reports furthermore obtained by Brimmeier. I also
asked Brimmeier as a witness on the report and in the
hearing to Lt. Little. All EXONERATING evidence I provided
to staff of this incident to be a fight and not assault was
ignored and I was disciplined to their PERSONAL AGENDA'S
and not that regarding the rules set in place by I.D.O.C.
This is UNJUST and I have been taken advantage of
by rules in place to serve JUSTICE and discipline. I am
being wrongfully convicted of an offense I did not do which
is the 102 Assault should be a Fight. This is also cruel
and Unusual Punishment for the offense that was actually
committed. I was also given Disciplinary Action for a 2ⁿᵈ
Assault offense. which is 45 days SEG. This being my 1ˢᵗ
Assault offense ever put against me I should have 28 days
SEG. Another UNJUST done by Pinckneyville.

Assigned Grievance # Institution _____                    Housing Unit,_____    Bed #_____

Received _____                    ILLINOIS DEPARTMENT OF CORRECTIONS                    2nd Lvl rec _____
                                    **Offender's Grievance**

my right to DUE PROCESS has been violated. I was charged
with 402c Assault to an offender. C/O Brammeier #9636 can
attest to the fact the other individual took fighting stance, and
turnt back. This information was given to I.A. Wilson ~~and~~
~~the report of~~ by Brammeier. I also
asked Brammeier as a witness on the report and in the
hearing to Lt. Little. All EXONERATING evidence I provided
to staff of this incident to be a fight and not assault was
ignored and I was disciplined to their PERSONAL AGENDA'S
and not that regarding the rules set in place by I.D.O.C.
This is UNJUST and I have been taken advantage of
by rules in place to serve JUSTICE and discipline. I am
being wrongfully convicted of an offense I did not do which
is the 402c Assault should be a Fight. This is also cruel
and Unusual Punishment for the offense that was actually
committed. I was also given Disciplinary Action for a 2nd
Assault offense. which is 45 days SEG. This being my 1st
Assault offense ever put against me I should have 28 days
SEG. Another UNJUST done by Pinckneyville.

Distribution: Master File  Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2020)

page 25

Assigned Grievance # / etc.: K59.0224.712

Housing Unit: 2V8    Box #:

FEB. 28 2024

2nd Lvl # ____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 02-22-24    Offender (please print): BENJAMIN E CLIFTON

ID #: Y25989    Race (optional): W

Present Facility: Pinckneyville

Facility where grievance issue occurred: Pinckneyville

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☐ Other (specify)

☒ Disciplinary Report    02-12-24    Pinckneyville
Date of report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

As put in Disciplinary Report I was involved in a fight that happened inside Cell R-5-D15. The responding officer was C/O Brammier Budge #7636. My grievance is based on the fact that Lt. Ransom wrote the report but was NOT PRESENT for the beginning of the incident. Lt. Ransoms budge # is 9426. From after the incident to the ticket hearing I have been MALICIOUSLY PROSECUTED (cnt)

☒ Continued on reverse

**Relief Requested:**

I want the appropriate disciplinary actions taken. I want to be compensated for all the extra days i'm in SEG past that appropriate discipline. I also want an investigation done on the Disciplinary Hearings Process done in Pinckneyville and the conduct of the Staff.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

☒ Check if this is NOT an emergency grievance.

Offender's Signature    Y25989    02-22-24
ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature.

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    Date





J.B. Pritzker
Governor

RECEIVED
MAY 02 2024
MENARD CC
WARDEN'S OFFICE

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    Clifton, Benjamin

ID# :    Y25989

Facility:    MEN

4/10/24
_____
Date

This is in response to your grievance received on __3/27/24__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __2/22/24__    Grievance Number: __59-0224-712__    Griev Loc: __PNK__

☐  Medical _____

☐  Dietary _____

☐  Personal Property _____

☐  Mailroom/Publications _____

☐  Staff Conduct _____

☐  Commissary / Trust Fund _____

☐  Conditions (cell conditions, cleaning supplies, etc.) _____

☑  Disciplinary Report: Dated: __2/12/24__  Incident # __202400554/1-PNK__

☐  Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐  Affirmed

_____

☐  Denied, in accordance with DR504F, this is an administrative decision.

☑  Denied, this office finds the issue was appropriately addressed by the facility Administration.

☑  Other: __Unable to substantiate witness was requested prior to hearing.__

☐  Denied as the facility is following the procedures outlined in DR525.

☐  Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☑  Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Ryan Nothnagle
Administrative Review Board

CC:  Warden, __PNK MEN__ _____ Correctional Center
Clifton, Benjamin _____, ID# Y25989

CONCURRED: _____
Latoya Hughes
Acting Director

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

page 26

202400749/1.F       3A18    6B90

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report**

**Type of Report:**
■ Disciplinary  ☐ Investigative

Facility: Pinckneyville CC

Date: 2/23/2024

Name of Individual in Custody: Clifton, Benjamin    ID #: Y25989    SMI ☐ yes ■ no    Race: WHI

Observation Date: 2/23/2024    Approximate Time: 649  ☐ a.m. ■ p.m.    Location: R5 A-Wing

**Offense(s): DR 504:**    101 Arson

**Observation.** (NOTE: Each offense identified above must be substantiated.)

On Friday February 23, 2024 I Lt Mifflin called a code 8 Via institutional radio in R5 A18 cell. Upon walking up to the cell, I seen smoke coming from the cell and flames inside the security box and inside the cell. I observed individual in custody Clifton, Benjamin (Y25989) throwing books and his mattress on the fire inside of the cell. I gave C/O Smith a direct order to use the fire extinguisher to put both fires out. I gave multiple direct orders for both individuals Clifton (Y25989) and Brown (M22179) to cuff up in which they refused all orders given. I opened the cell door and gave direct orders for both individuals to come to the front of the cell. Clifton came to the front of the cell and Sgt Johnson Placed Clifton in handcuffs and escorted him to the C-Wing shower. Brown came to the front of the cell and was placed in handcuffs by C/O Smith. I escorted Brown to the C-Wing shower. Both were evaluated by nursing staff. Brown Was cleared to return to a new Restrictive housing cell

**Witness(es):** Sgt Johnson 11189, C/O Smith 8270

☒ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Mifflin | 3458 | | 2/23/24 | 900 | ☐ a m ■ p m |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: Nature of offense

Major J mono _____    Major J mero _____    2·23·24

Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: I concur

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

R. B dys    848 _____    2-23-24

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

[⑤] **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only).

B Walla    9672 _____    B Walla _____    2-27-24

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

Individual in Custody's Signature    ID# Y25989

Brain nyele _____    Badge #    Signature

Serving Employee (Print Name)

2-28-24    945  ☐ a.m. ☐ p.m.

Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

------------------------------------------------

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of 2

Page 28

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report Continuation Page**

Pinckneyville CC

Facility

☑ Disciplinary Report    ☐ Investigative Report    ☐ Disciplinary Summary    ☐ Adjustment Committee Summary

Report/Incident Date: 2/23/2024                    Incident # (if applicable): _____

**Individual in Custody Information:**

Name: Clifton, Benjamin                    ID #: Y25989

Use the space below to provide any additional information.

Clifton was evaluated Mentally and placed on a 15-minute Crisis Watch. An industrial fan was utilized to clear the wing of smoke and fire extinguisher debris. A wellness check was conducted by nursing staff of all individuals assigned to R5 A-Wing with no further treatment required. Both individuals in custody Clifton, Benjamin (Y25989) and Brown, Roderick (M22179) were ID by state ID and offender 360. Chain of command notified. EOR

Page 2 of 2

Page 29

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

MEN

### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | | **IDOC Number:** Y25989 | **Race:** WHI |
| **Hearing Date/Time:** 3/1/2024  12:37 PM | | **Living Unit:** PNK-R5-A-32 | **Orientation Status:** N/A |
| **Incident Number:** 202400749/1 - PNK | | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/23/2024 | 202400749/1-PNK | MIFFLIN, BRANDON J | R5 CELLHOUSE | 06:49 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 101 | Arson | Guilty |
| | Comments:strated a fire in assigned cell R5A18 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
DR read to Clifton, Benjamin Y25989. Clifton pled guilty.

## BASIS FOR DECISION
Reporting Lt. Mifflin's report states, on 2/23/2024 at approximately 6:49 PM he called a Code 8 Via institutional radio in R5A18 cell. Upon walking up to the cell Mifflin see smoke coming from inside the cell and flames coming from inside the security box and inside the cell. Mifflin observed Individual in Custody Clifton, Benjamin Y25989 throwing books and his mattress on the fire inside his cell. Mifflin gave C/O Smith a direct order to use the fire extinguisher to put out both fires. Mifflin gave multiple direct orders for both Individuals Clifton Y2989 and Brown M22179 to cuff up in which they refused all orders given. Mifflin opened the cell door and gave direct for both individuals to come to the front of the cell. Clifton came to the front of the cell and Sgt Johnson placed Clifton in handcuffs in handcuffs and escorted him to the C Wing shower. Brown came to the front of the cell and was placed in handcuffs by C/O Smith. Mifflin escorted Brown to C Wing shower. Both were evaluated by nursing staff. Brown was cleared to return to a new Restrictive Housing Cell. Clifton was evaluated by Mental Health and put on a 15 minute Crisis watch. Individual in Custody Clifton, Benjamin Y25989 was identified by State issued ID and Offender 360. Clifton's own and admission of guilt and the DR written by Lt. Mifflin, the Adjustment Committee finds Clifton Guilty.

##1st 101 in last 365 days##

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Restitution of $ 374.00 Paid to 523 Fund | Restitution of $ 374.00 Paid to 523 Fund |
| 4 Months Commissary Restriction | 4 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| **Basis for Discipline:Nature of offense** | |

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | 03/01/24 | WHI |
| SMITH, KELSEY S | | 03/01/24 | BLK |

Recommended Action Approved

**Final Comments:** N/A

Page 30

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E      **IDOC Number:** Y25989      **Race:** WHI

**Hearing Date/Time:** 3/1/2024   12:37 PM      **Living Unit:** PNK-R5-A-32      **Orientation Status:** N/A

**Incident Number:** 202400749/1 - PNK      **Status:** Final

---

CHRISTEL S CROW / JTK  3/27/2024                   03/27/24

Chief Administrative Officer            Signature               Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

                                                  4·17-24

Employee Serving Copy to Committed Person             When Served - - Date and Time

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E

**Hearing Date/Time:** 3/1/2024   12:37 PM

**Incident Number:** 202400749/1 - PNK

**IDOC Number:** Y25989

**Living Unit:** PNK-R5-A-32

**Status:** Final

**Race:** WHI

**Orientation Status:** N/A

---

CHRISTEL S CROW / JTK  3/27/2024

Chief Administrative Officer

Signature

03/27/24

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person

4·17-24

When Served - - Date and Time

Page 81

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS



## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E              **IDOC Number:** Y25989              **Race:** WHI

**Hearing Date/Time:** 3/1/2024  12:37 PM          **Living Unit:** PNK-R5-A-32          **Orientation Status:** N/A

**Incident Number:** 202400749/1 - PNK                  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/23/2024 | 202400749/1-PNK | MIFFLIN, BRANDON J | R5 CELLHOUSE | 06:49 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 101 | Arson | Guilty |
| | Comments:strated a fire in assigned cell R5A18 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

## RECORD OF PROCEEDINGS
DR read to Clifton, Benjamin Y25989. Clifton pled guilty.

## BASIS FOR DECISION
Reporting Lt. Mifflin's report states, on 2/23/2024 at approximately 6:49 PM he called a Code 8 Via institutional radio in R5A18 cell. Upon walking up to the cell Mifflin see smoke coming from inside the cell and flames coming from inside the security box and inside the cell. Mifflin observed Individual in Custody Clifton, Benjamin Y25989 throwing books and his mattress on the fire inside his cell. Mifflin gave C/O Smith a direct order to use the fire extinguisher to put out both fires. Mifflin gave multiple direct orders for both Individuals Clifton Y2989 and Brown M22179 to cuff up in which they refused all orders given. Mifflin opened the cell door and gave direct for both individuals to come to the front of the cell. Clifton came to the front of the cell and Sgt Johnson placed Clifton in handcuffs in handcuffs and escorted him to the C Wing shower. Brown came to the front of the cell and was placed in handcuffs by C/O Smith. Mifflin escorted Brown to C Wing shower. Both were evaluated by nursing staff. Brown was cleared to return to a new Restrictive Housing Cell. Clifton was evaluated by Mental Health and put on a 15 minute Crisis watch. Individual in Custody Clifton, Benjamin Y25989 was identified by State issued ID and Offender 360. Clifton's own and admission of guilt and the DR written by Lt. Mifflin, the Adjustment Committee finds Clifton Guilty.

##1st 101 in last 365 days##

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Restitution of $ 374.00 Paid to 523 Fund | Restitution of $ 374.00 Paid to 523 Fund |
| 4 Months Commissary Restriction | 4 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:Nature of offense**

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | 03/01/24 | WHI |
| SMITH, KELSEY S | | 03/01/24 | BLK |

Recommended Action Approved

**Final Comments:** N/A



J.B. Pritzker
Governor

RECEIVED
OCT 1 6 2024
MENARD CC
WARDEN'S OFFICE

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Clifton, Benjamin

9/24/24
Date

ID# : Y25989

Facility: MEN

This is in response to your grievance received on 5/07/24 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/3/24      Grievance Number: _____ Griev Loc: PNK

- ☐ Medical _____
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Staff Conduct _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ▣ Disciplinary Report: Dated: 2/23/24   Incident # 202400749/1-PNK _____
- ☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other: _____

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ▣ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD:
Ryan Nothnagle
Administrative Review Board

CONCURRED:
Latoya Hughes
Acting Director

CC: Warden, MEN _____ Correctional Center
Clifton, Benjamin _____, ID# Y25989

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Page 32

2024010571/1 PNk

5A18

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Disciplinary Report**

**Type of Report:**
☑ Disciplinary    ☐ Investigative    Facility: Pinckneyville CC    Date: 3-22-24

Name of Individual in Custody: Clifton, Benjamin    ID #: Y25989    SM: ☐ yes ☑ no    Race: White

Observation Date: 3-22-24    Approximate Time: 10:45  ☑ a.m. ☐ p.m.    Location: R5A Group Room

Offense(s): DR 504:    105- Dangerous Disturbance

**Observation** (NOTE: Each offense identified above must be substantiated.)

On 3-22-24 at 10:45am Individual in Custody Clifton, Benjamin Y25989 was in the R5A Group room, once the mental health group concluded. Individual in Custody Clifton refused to exit the group room to be escorted back to their assigned cell of R5A18 Individual in Custody Clifton refused all orders to leave the group room and demanded a haircut. Due to Clifton's actions, it caused a disturbance to the R5A wing and caused any other groups to be ran throughout the day's normal operations. Individual Clifton Y25989 was identified by O360 cell maps. Shift Commander Notified. EOR

Witness(es): _____

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| J. Sroka | 9140 | | 3-22-24 | 1:30 | ☐ a.m. ☑ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

Printed Name and Badge #    Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

M. S. MUNIK, #807    Reviewing Officer's Signature    3-22-24
Print Reviewing Officer's Name and Badge #    Date

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

B. Walla    9072    B.Walla    3-25-24
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if Individual in custody refused to sign    Individual in Custody's Signature    Y25989 ID#

Go Hale    K03    Signature
Serving Employee (Print Name)    Badge #

3/26/24    given    ☐ a.m. ☐ p.m.
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report    Print Individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Distribution:  Master File
                   Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/7321)

Page 34

2024010571 PNK    Revised 3-29-24    5A18

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Disciplinary Report

**Type of Report:**
☒ Disciplinary    ☐ Investigative    Facility: Pinckneyville CC    Date: 3-22-24

Name of Individual in Custody: Clifton, Benjamin    ID #: Y25989    SMI: ☐ yes ☒ no    Race: White

Observation Date: 3-22-24    Approximate Time: 10:45    ☒ a.m. ☐ p.m.    Location: R5A Group Room

Offense(s): DR 504:    105- Dangerous Disturbance

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 3-22-24 at 10:45am Individual in Custody Clifton, Benjamin Y25989 was in the R5A Group room, once the mental health group concluded. Individual in Custody Clifton refused to exit the group room to be escorted back to their assigned cell of R5A18 Individual in Custody Clifton refused all orders to leave the group room and demanded a haircut. Due to Clifton's actions, it caused a disturbance to the R5A wing and caused any other groups to be ran throughout the day's normal operations. Individual Clifton Y25989 was identified by O360 cell maps. Shift Commander Notified. EOR

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| J. Sroka | 9140 | | 3-22-24 | 1:30 | ☐ a.m. ☒ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons:

| | | |
|---|---|---|
| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit.

| Maj. S. Manns, F207 | | 3-22-24 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

| B Walk    9672 | B.Walla | 3-25-24 |
|---|---|---|
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

| | Individual in Custody's Signature | Y25989 |
|---|---|---|
| | | ID# |

| | | | |
|---|---|---|---|
| Serving Employee (Print Name) | Badge # | | Signature |
| 3/26/24 | Given | ☐ a.m. ☐ p.m. | |
| Date Served | Time Served | | |

Individual Clifton, Benjamin served with updated signed ticket on 3/29/24 at 4:00 p.m.    Lt. —

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

| | | |
|---|---|---|
| Individual in Custody's Signature | | ID# |

-------------------------------------------------------

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

| | | |
|---|---|---|
| Date of Disciplinary Report | Print individual in custody's name | ID# |

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to:

Distribution:   Master File
                Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

Page 35

MEN

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| Name: CLIFTON, BENJAMIN E | | IDOC Number: Y25989 | Race: WHI |
| Hearing Date/Time: 3/29/2024  01:25 PM | | Living Unit: MEN-N2-02-45 | Orientation Status: N/A |
| Incident Number: 202401057/1 - PNK | | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/22/2024 | 202401057/1-PNK | SROKA, JAMES A | R5 CELLHOUSE | 10:45 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 105 | Dangerous Disturbances | Guilty |
| | Comments: multiple IIC refused to leave group room | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS

On 3/29/24 DR was read to Clifton, Benjamin Y25989. Clifton pled not guilty. Continuance of hearing to acquire more information.

On 4/5/24 Hearing resumed. Clifton request a continuance to acquire witnesses or exonerating evidence. Continuance granted for good cause shown.

On 4/9/24 Hearing resumed. Clifton states he has not acquired any additional witnesses or evidence. Hearing concludes on 4/9/24 10:45 am.

### BASIS FOR DECISION

Reporting Lieutenant Sroka report state. On 3/22/24 at approximately 10:45am individual in custody Clifton, Benjamin Y25989 was in R5:A wing group room. After the mental health group meeting concluded Clifton refused to exit the group room and be escorted back to his assigned cell R5:A18. Clifton refused all direct orders given to him to exit the room, and he demanded he be given a haircut. Webbers actions caused a dangerous disturbance and disrupted operations in R5:A wing, causing other groups not to be completed. DR as written. Clifton admission of guilt. Clifton, Benjamin Y25989 ID by state ID.

\*\*1st 105 in past 365 days\*\*

### DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| Transfer (Disciplinary) | Transfer (Disciplinary) |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| Basis for Discipline: nature of offense | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | 03/29/24 | WHI |
| SKORCH, DIANE | | 03/29/24 | HSP |
| KIRKMAN, BRADLEY A | | 03/29/24 | ASN |

Recommended Action Approved

Page 36

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E     **IDOC Number:** Y25989     **Race:** WHI

**Hearing Date/Time:** 3/29/2024  01:25 PM     **Living Unit:** MEN-N2-02-45     **Orientation Status:** N/A

**Incident Number:** 202401057/1 - PNK     **Status:** Final

**Final Comments:** N/A

| | | |
|---|---|---|
| JOHN M BARWICK III / JMB  4/12/2024 | | 04/12/24 |
| **Chief Administrative Officer** | **Signature** | **Date** |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | | |
|---|---|---|
| GREGORY D LITTLE | 4/19/2024 | 02:15 PM |
| **Employee Serving Copy to Committed Person** | **When Served - - Date and Time** | |

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | **IDOC Number:** Y25989 | **Race:** WHI |
| **Hearing Date/Time:** 3/29/2024  01:25 PM | **Living Unit:** MEN-N2-02-45 | **Orientation Status:** N/A |
| **Incident Number:** 202401057/1 - PNK | **Status:** Final | |

**Final Comments:** N/A

---

JOHN M BARWICK III / JMB  4/12/2024

Chief Administrative Officer

Signature

04/12/24

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

GREGORY D LITTLE

Employee Serving Copy to Committed Person

4/19/2024          02:15 PM

When Served - - Date and Time

Page 37

MEN

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** CLIFTON, BENJAMIN E | **IDOC Number:** Y25989 | | **Race:** WHI |
| **Hearing Date/Time:** 3/29/2024  01:25 PM | **Living Unit:** MEN-N2-02-45 | | **Orientation Status:** N/A |
| **Incident Number:** 202401057/1 - PNK | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/22/2024 | 202401057/1-PNK | SROKA, JAMES A | R5 CELLHOUSE | 10:45 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 105 | Dangerous Disturbances<br>Comments:multiple IIC refused to leave group room | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

On 3/29/24 DR was read to Clifton, Benjamin Y25989. Clifton pled not guilty. Continuance of hearing to acquire more information.

On 4/5/24 Hearing resumed. Clifton request a continuance to acquire witnesses or exonerating evidence. Continuance granted for good cause shown.

On 4/9/24 Hearing resumed. Clifton states he has not acquired any additional witnesses or evidence. Hearing concludes on 4/9/24 10:45 am.

## BASIS FOR DECISION

Reporting Lieutenant Sroka report state. On 3/22/24 at approximately 10:45am individual in custody Clifton, Benjamin Y25989 was in R5:A wing group room. After the mental health group meeting concluded Clifton refused to exit the group room and be escorted back to his assigned cell R5:A18. Clifton refused all direct orders given to him to exit the room, and he demanded he be given a haircut. Webbers actions caused a dangerous disturbance and disrupted operations in R5:A wing, causing other groups not to be completed. DR as written. Clifton admission of guilt. Clifton, Benjamin Y25989 ID by state ID.

**1st 105 in past 365 days**

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| Transfer (Disciplinary) | Transfer (Disciplinary) |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:**nature of offense

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LITTLE, GREGORY D  - Chair Person | | 03/29/24 | WHI |
| SKORCH, DIANE | | 03/29/24 | HSP |
| KIRKMAN, BRADLEY A | | 03/29/24 | ASN |

Recommended Action Approved

J.B. Pritzker
Governor



Latoya Hughes
RECEIVED Acting Director

OCT 3 0 2024

MENARD CC
WARDEN'S OFFICE

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   Clifton, Benjamin                                              10/3/24
                                                                        Date
ID# :   Y25989

Facility:   MEN

This is in response to your grievance received on **5/7/24**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **5/3/24**   Grievance Number: _____   Griev Loc: **PNK**

☐   Medical _____

☐   Dietary _____

☐   Personal Property _____

☐   Mailroom/Publications _____

☐   Staff Conduct _____

☐   Commissary / Trust Fund _____

☐   Conditions (cell conditions, cleaning supplies, etc.) _____

☑   Disciplinary Report: Dated: **3/22/24**   Incident # **202401057/1-PNK**

☐   Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐   Affirmed

_____

☐   Denied, in accordance with DR504F, this is an administrative decision.

☐   Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐   Other: _____

☐   Denied as the facility is following the procedures outlined in DR525.

☐   Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☑   Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____        CONCURRED: _____
                    Ryan Nothnagle                              Latoya Hughes
              Administrative Review Board                       Acting Director

CC:  Warden  MEN _____  Correctional Center
     Clifton, Benjamin _____ ID# Y25989

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Page 38

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:**  Clifton _____ Benjamin _____ ____ Y25989 _____
                                           Last Name                              First Name                      MI        ID#

**Facility:** MEN _____

☒ Grievance: Facility Grievance # (if applicable) K4-0824-4143 ___ Dated: 8/26/2024 ___ or ☐ Correspondence: Dated: _____

Received: 10/21/2024 ___ Regarding: <u>Claims being denied yard, razor, clippers and not offered a shower three times a week.</u>
          Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                              Date
☐ No justification provided for additional consideration.

---

**Other** (specify): <u>Failure to comply with DR504.810; Dates cited within the body of the grievance past 60-day timeframe.</u> _____

Completed by: <u>Ryan Nothnagle</u> _____        _____        11/1/2024 _____
                          Print Name                               Signature                              Date

Distribution:    Individual in Custody                    *Printed on Recycled Paper*                    DOC 0070 (Rev. 9/2023)
                 Administrative Review Board

page 40

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**                    N2-2-45

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 09/16/2024 | Date of Review 09/19/2024 | Grievance #: K4-0824-4143 |
| Individual in Custody Name: Clifton, Benjamin | | ID#: Y25989 |

Nature of Grievance:

Out of Cell Time/Rights

**Facts Reviewed:**

Individual in Custody submitted a grievance dated 08/26/2024 and grieves neglect of his rights, sanity, and rules/procedures set in place. He has not been offered any yard since arriving at Menard on a seg to seg transfer, not been afforded nail clippers, razor to shave, and being stuck in the cell has weighed heavily on his mental health.

Relief Requested - "To be given recreational time in accordance DR 504.670. To be provided razors and nail clippers in accordance to DR 504.670. To be given a mental health evaluation and psych evaluation. Menard CC to be reprimanded for not following procedures in DR 504.670. Medical evaluation done on my digestive problems."

Counselor reviewed on 09/09/2024 - See attached DOC 0743 for response.

Grievance Office reviewed on 09/19/2024 - This Grievance Officer finds the issues were appropriately addressed by the Counselor. Additionally, : Menard Correctional Center is placed on a level 3 lockdown per the Warden as directed to Deputy Director as a result of a staff shortage being experienced at the facility and in accordance with A.D. 05.01.301. Programs, privileges and services may still be provided as determined and authorized by the CAO, based on facility operational requirements and the deployment of available security staff. A.D. 05.15.100 states recreational opportunities shall not be required during institutional lockdowns or during institutional emergencies, including, but not limited to, -------------------------CONTINUED ON BACK---------------------------->>>>>>

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the Individual in Custody's grievance be DENIED.

J. Guetersloh - Correctional Counselor 1 | Jacob Guetersloh  Digitally signed by Jacob Guetersloh Date 2024 09 19 12 17 26 -05'00'
Print Grievance Officer's Name | Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|
| Date Received: 09/19/2024 | |

**Action Taken**

Kevin Reichert | Digitally signed by Kevin Reichert Date 2024.09.27 08:00:39 -05'00'
| Chief Administrative Officer's Signature | Date

<mark>**Individual in Custody's Appeal To The Director**</mark>

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board P O Box 19277 Springfield IL 62794-9277 (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

*[signature: Benjamin E Clifton]*
Individual in Custody's Signature            Y25989            10-05-24
                                              ID#                 Date

RECEIVED

OCT 21 2024

ADMINISTRATIVE
REVIEW BOARD

See back of Mental Health response for additional response by me. "Clifton Y25989"

Distribution    Master File: Individual in Custody                                    DOC 0047 (Rev. 9/2022)
Page 1
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

---CONTINUED--->>> riots, strikes, fires, work stoppages, power outages, pandemics and natural disasters.

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 08-26-24 | Individual (please print): BENJAMIN E CLIFTON | ID #: Y25989 | Race (optional): W |

Current Facility: MENARD CC

Facility where grievance issue occurred: MENARD CC

**Nature of Grievance:**
- ☒ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Main to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

My grievance is based off Menard Correctional staff and their neglect of my rights, sanity, and rules/procedures set in place. I was seg-to-seg transferred from Pinckneyville to Menard 04-24-24. Since being at Menard I have been offered no yard or any type of recreational time outside the cell. DR section 504.670 states Individual In Custody in restrictive housing status shall be offered the opportunity to recreate outside their cells a minimum of eight hours per week distributed in increments over no less than two days per week. I have been ab N2-5-36 since 04-24-24 and have also not been offered nail clippers or a razor to shave. DR section

☐ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self
☐ Check if this is NOT an emergency grievance
☒ Continued on Reverse

**Relief Requested:** To be given recreational time in accordne DR 504.670. To be provided razors and nail clippers in accordne to DR 504.670. To be given a mental health alubation and psych avaluation. Menard CC to be reprimanded for not following procedures in DR 504.670. Medical evaluation done on my digestive problems.

Individual in Custody Signature: _____ | ID #: Y25989 | Date: 08-26-27

Counselor Response (if applicable): Strong ___ 7-9-24 | Date Received: 7-3-24
☐ Continue unresolved at this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

See attached response.

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer

**EMERGENCY REVIEW:** Date Received: _____

Is this determined to be of an emergency nature.
☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Chief Administrative Officer Signature: _____ Date: 8/30/24

Assigned Grievance #/Institution: K4-0824-4143
First Level Received: _____ SEP 13 2024
Second Level Received: MEN SEP 16 2024

_____ Please check if using if utilizing follow up DOC 0743p
1st-Rec/Yard ≠ mo
22-Not allowed- Clippers/Razors/ Personal Hygiene needs

RECEIVED
OCT 2 1 2024
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File, Individual | Page 1 of 2 | DOC 0046 (Rev. 06/2022)

Page 42

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

504.620 Subpart G) 1.) ~~~~~~~~~ Personal health and hygiene needs of the committed person shall be permitted as follows: A shower and shave no less than three times per week. I have not been offered a shower for three times in one week since being in N2-05-36. These basic human needs that are not only good for hygiene but also human sanity are established in the IM 504 for a reason. This reason is clearly being neglected by Menard CC. All this time stuck in my cell has weighed heavily on my Mental Health. I have not been able to speak with my family in over _____ 4 months. As a result of GGrade calling suspended. I wake up and feel that life is not worth living. That my life is nothing. Then at other times I feel like hurting others. I have had to have my medications increased since being in Menard to help sustain what sanity I got. I fear for my safety or that I will harm myself if im stuck inside a cell with no time out much longer. I have find myself rambling to myself, losing track of days, and even my digestive system is messed up. I am very depressed and am having a caged animal feeling.

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

504.(a20 Subpart G) 1.) ~~Administrator~~ Personal health and hygiene needs of the committed person shall be permitted as follows - 1)A shower and shave no less than three times per week. I have not been offered a shower for three times in one week since being in N2-05-36. These basic human needs that are not only good for hygiene but also human sanity are established in the DR. 504 for a reason. This reason is clearly being neglected by Menard CC. All this time stuck in my cell has weighed heavily on my Mental Health. I have not been able to speak with my family in over ~~(about~~ 4 months. As a result of G-Grade calling suspended, I woke up and felt that life was not worth living. That my life is nothing. Then at other times I feel like helping others. I have had to have my medications increased since being in Menard to help sustain what sanity I got. I fear for my safety or that I will harm myself if im stuck inside a cell with no time out much longer. I have found myself talking to myself, losing track of days, and even my digestive system is messed up. I am very depressed and am having a caged animal feeling.

Page 43

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2   Bed #: 5-36

| Date: 08-26-24 | Individual (please print): BENJAMIN E JUSTISON | ID #: Y25989 | Race (optional): W |
|---|---|---|---|

Current Facility: MENARD CC

Facility where grievance issue occurred: MENARD CC

**Nature of Grievance:**
- ☒ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Date of Report _____ Facility where issued _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

My grievance is based off Menard correctional staff and their neglect of my rights now on was followed yet in place. I was sent-to-seg to await from Pinckneyville to Menard 04-24-24. Since being at Menard I have been offered no way of exercise or isolation time, without the cells in which individuals endorsed in [...] a [...] minimum of eight hours per week distributed in segments over no less than two days per week. I have been on N2-5-36 since 04-24-24 and have also not been issued nail clippers or a razor to shave. DR Section

☒ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☒ Continued on Reverse

Relief Requested: To be given recreational time in accordance DR 504, 670. To be provided razors and nail clippers in accordance to DR 504, 670. To be given a mental health evaluation and psych evaluation. Menard CC to be reprimanded for not following procedures in DR 504, 670, Medical examination due to my digestive problems.

| Individual in Custody Signature | ID #: Y25989 | Date: 08-26-24 |
|---|---|---|

Counselor Response (if applicable): Strong  9-7-24   Date Received: 9-3-24

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

See attached response.

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer

**EMERGENCY REVIEW:** Date Received: [SEP 20 20__]

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Chief Administrative Officer Signature   Date: 8/30/24

Assigned Grievance #/Institution: K4-0824-4143

First Level Received: ___ SEP 13 2024

Second Level Received: MEN SEP 16 2024

_____ Please check if using if utilizing follow up DOC 0743p
11FH- M.H&Med tV
1E-Rec/Yard time
22-Not allowed- Clippers/Razors/
Personal Hygiene needs

RECEIVED
NOV 18 2024
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Illinois Department of Corrections

**Follow-up Individual in Custody Counselor Response**

Pilot Program Only

Housing Unit: North 2          Bed #: 5-36          Assigned Grievance Number: K4-0824-4143

| Date: | Individual in Custody Name (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 08/26/2024 | Clifton, Benjamin | Y25989 | |
| **Current Facility:** | | **Facility where grievance issue occurred:** | |
| Menard Correctional Center | | Menard Correctional Center | |

Response to grievance #K4-0824-4143, 1.) Per AD.05.01.301 Lockdown-II-G.-3. Level III Lock Down- Staff Only-Level III Lock Down shall only be utilized when staffing levels are not available for suitable post coverage; however, programs, privileges, and services may still be provided as determined and authorized by the CAO, based on facility operational requirements and the deployment of available security staff. Note, Menard's current lock-down status is because of staffing levels were deemed as critical. Administration/CAO determined what can be ran and is not deemed essential (yard has been deemed as an unessential.) 2.) Contacted N2 Major- replied "Due to the safety and security of the institution all passes and showers are being canceled. No movement is being ran in restrictive housing due to N2 emergency events that have occurred." Per AD.05.01.301 Level I Lockdown- it states "If the duration of the lockdown is greater than seven days, individuals in custody shall be offered showers no less than every three days thereafter, however, it also states that the CAO or DAO shall determine the staff- to-individual in custody ratio. Exceptions to the frequency of showers may be made due to a facility emergency, as authorized by the Director." 3.) Attached is Mental Health Response.

Strung

Counselor Name (Print)

Counselor Signature

09/09/2024

Date

Distribution: Master File
            Individual in Custody

Printed on Recycled Paper
Page 1 of 1

DOC 0743p (Eff. Pilot version Only)

RECEIVED

OCT 2 1 2024

ADMINISTRATIVE
REVIEW BOARD

Page 44

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844   MEN   SEP 1 6 2024

## MEMORANDUM

DATE:     September 6, 2024

TO:       L. Strong

FROM:     Carri Morris, LCSW, SWIV

SUBJECT: Clifton B25989  K4-0824-4143

In response to Grievance k4-0824-4143 received 04 September 2024 I offer the individual in custody the following:

Individual in Custody Clifton,

Mental Health received your grievance on 9/4/2024. I have reviewed your records to provide an appropriate and accurate response. I see in your chart that you were able to see your psychiatric provider on 7/5/2024. I also seen that you had a mental health evaluation completed in 2022 at another institution. I notice that you are currently housed in N2, mental health is abiding by the new schedule and unfortunately, we are unable to schedule a mental health evaluation in the time allotted for mental health. I see that you are scheduled to get out of Restrictive Housing in December of this year and will be able to schedule you with a psychologist who provides tele-health services.

The individual in custody is reminded that individual in custody request forms can be provided, or a crisis team member can be called for immediate need.

Carri Morris  LCSW SWIV

Signed

Carri Morris, LCSW,
Social Worker IV
Illinois Department of Corrections

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

## RECEIVED

OCT 2 1 2024

ADMINISTRATIVE
REVIEW BOARD

Menu 11 C

To Whom This May Concern,

I still haven't been able to receive a razor or nail clippers. This matter was ignored in a whole. I have not been able to see telepsych for over 90 days apprx. I have requested one-on-ones with Mental Health that are not followed through. I even told Mental Health "Ms. S" that I was having thoughts of suicide on a weekly walk through and her response was to walk off and never return. The excuses used by counselor, grievance officer, and mental health are partial truths. I have been at Menard in N2 seg for 6months. The lockdowns they refer to are or haven't been that extensive. When showers are ran there are NEVER, not once, been razors. Nail clippers are not passed out weekly Nor can you get them by Health Care Sickcall. Yards are currently and HAVE BEEN- besides a brief lockdown-been being ran in the other houses. N2 SEG is the only house to not receive yard. This is inhuman and cruel and unusual punishment. I ask that this situation be taken seriously and looked at directly by the powers above. Please & Thank You!

Yours Truly,
Benjamin E Clifton
Benjamin E Clifton Y25989

To Whom This May Concern,

I still haven't been able to receive a razor or nail clippers. This matter was ignored in a whole. I have not been able to see telepsych for over 90 days approx. I have requested one-on-ones with Mental Health that are not followed through. I even told Mental Health "Ms. S" that I was having thoughts of suicide on a weekly walk through and her response was to walk off and never return. The excuses used by counselor, grievance officer, and Mental health are partial truths. I have been at Menard in N2 seg for 6 months. The lockdown they refer to are or haven't been that extensive. When showers are ran there are <u>NEVER</u>, not once, been razors. Nail clippers are not passed out weekly. Nor can you get them by Health Care Sick-call. Yards are currently and <u>HAVE BEEN</u> - besides a brief lockdown been being ran in the other houses. N2 SEG is the only house to not receive yard. This is inhumane and cruel and unusual punishment. I ask that this situation be taken seriously and looked at directly by the powers above. Please + Thank You!

Yours
Truly

Benjamin E Clifton Y25989

JB Pritzker
Governor



Latoya Hughes
Acting Director

MEN SEP 16 2024

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:    September 6, 2024

TO:    L. Strong

FROM:    Carri Morris, LCSW, SWIV

SUBJECT: Clifton B25989  K4-0824-4143

---

In response to Grievance k4-0824-4143 received 04 September 2024 I offer the individual in custody the following:

Individual in Custody Clifton,

Mental Health received your grievance on 9/4/2024. I have reviewed your records to provide an appropriate and accurate response. I see in your chart that you were able to see your psychiatric provider on 7/5/2024. I also seen that you had a mental health evaluation completed in 2022 at another institution. I notice that you are currently housed in N2, mental health is abiding by the new schedule and unfortunately, we are unable to schedule a mental health evaluation in the time allotted for mental health. I see that you are scheduled to get out of Restrictive Housing in December of this year and will be able to schedule you with a psychologist who provides tele-health services.

The individual in custody is reminded that individual in custody request forms can be provided, or a crisis team member can be called for immediate need.

_Carri Morris LCSW SWIV_

Signed

Carri Morris, LCSW,
Social Worker IV
Illinois Department of Corrections

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/Idoc**

RECEIVED
NOV 18 2024
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
☑ Disciplinary    ☐ Investigative    Facility: Menard C.C.    Date: 08/31/24

Name of Individual in Custody: Clifton,Benjamin    ID #: Y25989    SMI: ☐ yes ☑ no    Race: WHI

Observation Date: 08/31/24    Approximate Time: 10.55    ☑ a.m. ☐ p.m.    Location: N2 5-36

Offense(s): DR 504:    102B Assault,601 Attempt

**Observation** (NOTE: Each offense identified above must be substantiated.)

On Saturday August 31, 2024 I C/O R. Hancock (3399) was assigned to 5 gallery in North II cell house on 7a-3p shift. While picking up trays from five gallery, at aproximately 10:55am, I got to cell 5-36 where individual in custody Clifton, Benjamin (Y25989) is the sole occupant. Clifton was standing at the front of the cell. His tray was on the top bunk in the back of the cell. I gave multiple direct orders to give me his tray, which he refused them all. He then walked to the back of the cell and said "you ain't getting this tray but I got something else for you C/O". He then picked up a milk carton that had been opened completely and had an unknown liquid substance in it. I told him to put the milk carton down, which he ignored. As he turned toward me, he then started to throw the milk carton, I then administered a burst of OC pepper spray to gain compliance. I gave Clifton a direct order to come to the front of the cell and cuff up which he complied.

Witness(es):

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

|  |  |  |  |  | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons:

Printed Name and Badge #    Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign    Individual in Custody's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature
☐ a.m. ☐ p.m.

Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

_____

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Page ____ of ____

Distribution:  Master File
Individual in Custody

Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

page 47

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report Continuation Page**

## Menard C.C.
Facility

☑ Disciplinary Report     ☐ Investigative Report     ☐ Disciplinary Summary     ☐ Adjustment Committee Summary

Report/Incident Date: _____          Incident # (if applicable): _____

Individual in Custody Information:
Name: Clifton,Benjamin _____          ID #: Y25989

Use the space below to provide any additional information.
Clifton was escorted to the North II infirmary where he utilized the eye wash station and was seen by Menard Medical and mental health staff.   Clifton, Benjamin (Y25989) was identified by his state issued ID and O360. Proper chain of command was notified. EOR

Page _____ of _____

Distribution: Master File, Individual in Custody                     DOC 0318 (Rev. 7/2021)

page 48

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E       **IDOC Number:** Y25989       **Race:** WHI

**Hearing Date/Time:** 9/14/2024  11:25 AM       **Living Unit:** MEN-N2-02-45       **Orientation Status:** N/A

**Incident Number:** 202402143/1 - MEN       **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 8/31/2024 | 202402143/1-MEN | ASHBAUGH, DARREN L | NORTH 2 CELLHOUSE | 10:55 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 601.Attempt/102b | Assault | Guilty |
| | Comments:tried throwing unknown liq sub at staff | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

### RECORD OF PROCEEDINGS

Individual in Custody Clifton-Y25989  appeared before the committee for charges and plead not guilty stating he did try to keep the tray, that he needed his fan, but he did not throw on staff and there was never a milk carton. But he did turn around before they maced him.

### BASIS FOR DECISION

Based on the observation of the reporting employee, while picking up trays from 5 gallery in N2 cellhouse i got to cell N2 5-36, where Individual in Custody Clifton-Y25989 is the sole occupant, and Clifton was standing at the front of the cell with his tray on the top bunk in the back of the cell. I gave Clifton multiple direct orders to give me the tray and he refused sating "you aint getting this tray but i got something for you c/o" Clifton then picked up a milk carton that was opened completely and had an unknown substance in it and i told him to put the carton down which he ignored and turned towards me and started to throw the milk carton, i then administered a burst of OC pepper spray to gain compliance. I gave Clifton a direct order to come to the front and cuff up which he complied. Chain of command was notified.
-Individual in Custody  Clifton-Y25989 was identified by ID card and offender O360.
-Committee finds Individual in Custody guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-Individual in Custody was verified to have resided in the cell at the time of the incident.

### DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 45 Days C Grade | 45 Days C Grade |
| 45 Days  Segregation | 45 Days  Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:Nature of offense**

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|-----------|------|------|
| WALKER, SANDY L  - Chair Person | | 09/14/24 | WHI |
| WARD, NATHANIEL L | | 09/14/24 | BLK |

Recommended Action Approved

**Final Comments:** N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** CLIFTON, BENJAMIN E

**IDOC Number:** Y25989

**Race:** WHI

**Hearing Date/Time:** 9/14/2024   11:25 AM

**Living Unit:** MEN-N2-02-45

**Orientation Status:** N/A

**Incident Number:** 202402143/1 - MEN

**Status:** Final

---

ANShilevel    10/30/24

ANTHONY D WILLS / ADW   10/30/2024

**Signature**

**Date**

**Chief Administrative Officer**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____

11-14-24  1500

**Employee Serving Copy to Committed Person**

**When Served - - Date and Time**

N2-2-45

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 11/04/2024    **Date of Review:** 12/17/2024    **Grievance #:** K4-1024-5177

**Individual in Custody Name:** Clifton, Benjamin    **ID#:** Y25989

**Nature of Grievance:**

Misplaced property, needs clothing, replace ID

**Facts Reviewed:**

Grievance Office reviewed on 12/17/2024 - This Grievance Officer finds the issues were appropriately addressed by the Counselor at the first level and no other review is necessary at this time.

Additionally, this grievance officer did contact N2 property again and the officer did say that they are getting to Clifton's belongs soon.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the Individual in Custody's grievance be DENIED.

Anna Fitzgerald

_Print Grievance Officer's Name_

Anna Fitzgerald    Digitally signed by Anna Fitzgerald
Date: 2024.12.17 08:28:12 -06'00'

_Grievance Officer's Signature_

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 12/17/2024    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Kevin Reichert    Digitally signed by Kevin Reichert
Date: 2024.12.18 14:54:48 -06'00'

_Chief Administrative Officer's Signature_    _Date_

| Individual in Custody's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Individual in Custody's Signature_    _ID#_    _Date_

Page 51

HY.

Housing Unit: N2-2-45    Bed #: _____

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 10-06-24 | Individual (please print): BENJAMIN E CLIFTON | | ID #: Y25989 | Race (optional): W |
|---|---|---|---|---|
| Current Facility: MENARD | | Facility where grievance issue occurred: MENARD | | |

Nature of Grievance:
☐ Staff Conduct
☐ Medical Treatment
☐ Disciplinary Report: _____
Date of Report ___ Facility where issued

☐ ADA Disability Accommodation
☐ Restoration of Sentence Credit
☐ Dietary

☒ Personal Property
☐ Mail Handling

☐ PREA
☐ HIPAA

☐ Other (specify): _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On 8-31-24 I was maced on N2-5-36 where I currently resided, by C/O Hancock #3299. I was stripped out and then given to C/O Baker, where I was then taken to N2-2-45 where I currently reside now. Multiple days, every day, since being on N2-245 I have asked about my property. Whereas its to C/O Hallerete, C/O Akins, & C/O Baker and cannot get a definite answer. I wrote property multiple requests and the only thing brought to me was the fan I bought on 08-06-24 which C/O Baker brought me the fan. I inquired about my property whereabouts and he said he would go through the strip-out bags and look for

☐ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance
☒ Continued on Reverse

Relief Requested: To be taken to clothing and receive 3 shirts, 3 boxers, 3 socks, shower shoes, towel, face towel, laundry bag. To be given a new I.D. free of charge, as more was lost by fault of C/O. Although search done for my property that was lost.

Benjamin E Clif
Individual in Custody Signature

Y25989
ID #

10-06-24
Date

**Counselor Response (if applicable):**
Date Received: 10/16/24
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Property is working as quickly as they can to get individuals property to them. Currently they are behind due to staff shortage. Individual was allowed a bedroll and will receive his/her property once inventoried. Individual should have ID on him at all times. If it was lost this is not the officers fault & and individual will need to purchase new one

Young
10-18-24

Note to individual: if you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| EMERGENCY REVIEW: | Date Received: _____ | Assigned Grievance #/Institution: K4-1024-5177 |
|---|---|---|
| Is this determined to be of an emergency nature: | | First Level Received: MEN OCT 10 2024 |
| ☐ Yes, expedite emergency grievance. | | |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | | Second Level Received: _____ |

Chief Administrative Officer Signature _____ Date _____

___ Please check if using if utilizing follow up DOC 0743p

19D misplaced property
19G needs clothing
22 Replace ID

DOC 0046 (Rev. 06/2022)

Distribution: Master File, Individual    Page 1 of 2



Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

mine, considerably, it's been appro a month and I should have gotten it alread C/O Barker never returned and when asking C/O Wallace to go see about my property he says C/O Barker could not find it, My property (contained) my billfold, clothes, shower shoes, books, property, bedding, legal work, papers, etc. My main concerns is that first, all this was floating away of loosely, Second) I have been without shower shoes to shower in for approx 45 days, those, the only clothes I have are two pairs of boxers that are stained with prue, and no matter how much I soap them they continue to turn facta. the only dry towel I have is one provided to me to mop up water from an inavidual flooding their cell. provided by C/O Bont I have wrote a clothing requisition and followed ample requiring C/O Wallace's signature, and he turned it in for his signature, and had that been called. I tried to another clothes from commisary and have not got them. As you can see im in a dilemma. I cannot go to the shower without high risk of getting some type of fast disease. I cannot shower/bathe in the sink and dry off or wash w/ towel property because the only towel I have has been used on toilet water. The only clothing I have has been caused of push around my urine/me room more. This has been for 45 days. My property also contained my I.D. so there's no garentee I can also cease store. I have followed and exhausted all procedures set in place to obtain the things I need to live in a humane, and property clean body all environment. It is my hopes and wishes that I can be granted my simple belof requested as I'm already having feet problems and rashes.

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

mine, considering it'd been approx. a month and I should have gotten it already. C/O Barker never returned and when asking C/O Holtgrefe to go see about my property he says C/O Barker could not find it. My property contained my billfold, clothes, shower shoes, books, hygiene, bedding, legal work (copies) etc. My main concerns is that first, all this (was this) causing of (those). Second, I have been without shower shoes to shower in for approx 45 days (those) the only clothes I have are two pairs of boxers that are stained with urine and no matter how much I soap them they continue to burn. Thirdly, the only dry towel I have is one provided to me to mop up water from an individual flashing their cell, provided by C/O Beal. I have wrote a clothing requisition and followed proper procedures. C/O Holtgrefe's signature and he turned in for LTS signature and have not been filled. I tried to acquire clothes from commissary and have not got them. As you can see im in a dilemma. I cannot go to the shower without high risk of getting some type of foot disease. I cannot shower/bathe in the sinks and dry off or wash w/ towel properly because the only towel I have has been used in toilet water. The only clothing I have has caused a rash around my extremities from urine. This has been for 45 days. My property also contained my I.D. So theres no guarantee I can even release store. I have followed and exhausted all procedures set in place to obtain the things I need to live in a humane and properly clean body and environment. It is my hopes and wishes that I can be granted my simple relief requested as im already having feet problems and rashes.

Page 5

HX.

**N2-2-45** Housing Unit: _____ Bed #: _____

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: | Individual (please print): | ID #: | Race (optional): |
|---|---|---|---|
| ●●●●10-06-24 BENJAMIN E CLIFTON | | Y25989 | W |

| Current Facility: MENARD | Facility where grievance issue occurred: MENARD |
|---|---|

**Nature of Grievance:**
- ☐ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where Issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☒ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On 8-31-24 I was moved on N2-5-36 where I currently resided by C/O Hincock #3389. I was stripped out and then given to C/O Baker, where I was then taken to N2-2-45 where I currently stable now. Multiple days everyday since being on N2-2-45 I have asked about my property whereced its to C/O Hollaret, C/O Atkins, & C/O Baker and cannot get a definite answer. I wrote property multiple requests and the only thing brought to me was the pen I bought in October. When C/O Barker brought me the ten I inquired about my property whereabouts and he said he would go through the strip-out bags and look for

☐ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance

☒ Continued on Reverse

Relief Requested: To be taken to clothing and receive 3 shirts, 3 boxer, 3 socks, shower shoes, towel, tare towel, laundry bag. To be given a new I.D. free of charge, as more was lost by fault of C/O. A thurough search one for my property that was lost.

Benjamin E Clif    Y25989    10-06-24
Individual in Custody Signature    ID #    Date

**Counselor Response (if applicable):**    Date Received: 10/16/24

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Property is working as quickly as they can to get individuals property to them. Currently they are behind due to staff shortage. Individual was allowed a bedroll and will receive allowable property once inventoried. Individual should have ID on him at all times. If it was lost this is not the officers fault and individual will need to purchase new one

Young    10-18-24

Note to individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Assigned Grievance #/Institution: K4-1024-5177

First Level Received: MEN OCT 10 2024

Second Level Received: MEN NOV 04 2024

_____    _____
Chief Administrative Officer Signature    Date

_ Please check if using if utilizing follow up DOC 0743p

19D misplaced property
19G needs clothing
22 Replace ID

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    Clifton, Benjamin

ID# :    Y25989

Facility:    MEN

3/18/25
Date

This is in response to your grievance received on **1/09/25**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 10/6/24    Grievance Number: K4-1024-5177    Griev Loc: MEN

☐ Medical _____

☐ Dietary _____

☑ Personal Property (8/31/24) Claims property items missing or yet to receive items when moved to another living unit.

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Ryan Nothnagle
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC:  Warden, MEN _____ Correctional Center
Clifton, Benjamin _____, ID# Y25989

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Page 51

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE    N2-2-45

| Grievance Officer's Report |
|---|

**Date Received:** 02/07/2025    **Date of Review:** 02/07/2025    **Grievance #:** K4-0225-0606

**Individual In Custody Name:** Clifton, Benjamin    **ID#:** Y25989

**Nature of Grievance:**

Individual in custody submitted a grievance dated 2/2/2025 and grieves he was refused a blood pressure check; therefore, the next day a telepsych visit was canceled and he needs Mental Health to help him with his issues.

**Facts Reviewed:**

Grievance #K4-0225-0606 was received on 2/4/2025 and marked emergency by the individual in custody. It was deemed of emergency nature by the Warden on 2/5/2025 and returned to Grievance Office for processing on 2/7/2025.

On 2/7/2025, this Grievance Officer forwarded this grievance to the head of Mental Health, C. Morris and the Healthcare Unit Administrator, C. Dolce, and the nursing supervisor T. Chadderton because of the allegations mentioned above.

On 2/7/2025, T. Chadderton responded, "...he [Clifton] will be placed on a line to have his blood pressure checked the day prior to the telepsych appointment...". Chadderton explained from a medical viewpoint why blood pressure needs to be checked before a telepsych visit.

On 2/7/2025 at approximately 9:30 a.m. this Grievance Officer called the head of Mental Health, C. Morris, and she stated she received my email and stated, "I will have him rescheduled for another tele psych appointment."

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is AFFIRMED; based on the statements from Nursing Supervisor,T. Chadderton, and the head of the Menard Mental Health Department,C. Morris. They both determined in was neccessary to reschedule Clifton for a blood pressure check and to be rescheduled for a tele-psych visit.

J. Olson Correctional Counselor II

**Jeffrey M Olson** Digitally signed by Jeffrey M Olson Date: 2025.02.07 10:25:09 -06'00'

Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 02/07/2025    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

**Kevin Reichert** Digitally signed by Kevin Reichert Date: 2025.02.11 13:22:12 -06'00'

Chief Administrative Officer's Signature    Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature    ID#    Date

Page 5

Note: Protective Custody Denials may be grieved immediately with local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 01-27-25 or 01-28-25 at apprx. 1:30p.m. a nurse and C.O. came around to take my blood pressure because I was scheduled to see telepsych the next day. I was currently using the restroom and was told that "they would come back in a few minutes." The nurse "Isis" w/ red hair and C/O unknown never returned to take my blood pressure. I was also never taken to seen telepsych the next day and I never refused anything. I have unspecified anxiety and have been having severe panic attacks to where I true to sit down and the room keeps spinning but my head is staring straight. I then become sad which turns to

☑ Continued on reverse

Relief Requested:

To be re-scheduled immediately to see telepsych about what's going on with me and how to fix it.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Individual in Custody's Signature_      Y25989 _ID#_      02-02-25 _Date_

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_Print Counselor's Name_      _Sign Counselor's Name_      _Date_

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: MEN FEB 4 2025      11-11- MH treatment

Is this determined to be of an emergency nature:

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated, Individual in custody should submit this grievance according to standard grievance procedure

_Chief Administrative Officer's Signature_      2-5-25 _Date_

Distribution: Master File; Individual in Custody      Page 1 of 2      DOC 0046 (Rev. 8/2023)

page 56

1st Lvl rec: _____    2nd Lvl rec: _____

extreme anger. I am now waking up w/ scratch marks on myself that were not there when I went to sleep. I notified the telepsych of the panic attacks and my RemRon was increased from 15mg to 30mg. I was going to notify the telepsych this visit of the scratches popping up and still having panic attacks but was never called. I am scared of what's going on w/ me and am seeking help. I need a telepsych visit as soon as possible. I have notified Mental Health EVERY walk through EVERY week that I need to be seen by telepsych and of the problems I'm having listed above. Mental Health being "Ms. S" a skinny woman, apprx 25, black hair, med height, and an older woman dirty blonde hair, glasses, and med height.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl MEN FEB 0 7 202

| 1st Lvl rec: | | | | |
|---|---|---|---|---|
| Date: 02-02-25 | Individual in Custody (please print): Benjumin E. Clifton | ID #: Y25984 | | Race (optional): W |
| Present Facility: Menard | | Facility where grievance issue occurred: Menard | | |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☒ Other (specify): Mental Health / Telepsych

☐ Disciplinary Report _____

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 01-27-25 or 01-28-25 at apprx. 1:30 p.m. a nurse and C/O. came around to take my blood pressure because I was scheduled to see telepsych the next day. I was currently using the restroom and was told that "they would come back in a few minutes." The nurse "Isis" w/ red hair and C/O unknown never returned to take my blood pressure. I was also never taken to seen telepsych the next day and I never refused anything. I have unspecified anxiety and have been having severe panic attacks to where I have to sit down and the room keeps spinning but my head is staying straight. I then become sad which turns to

☒ Continued on reverse

**Relief Requested:**

To be re-scheduled immediately to see telepsych about what's going on with me and how to fix it.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Benj E Cliff_ Individual in Custody's Signature    Y25989 ID#    02-02-25 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____    _____    _____
Print Counselor's Name      Sign Counselor's Name      Date

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: MEN FEB 4 2025    11-H- MH treatment

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____    2-5-25
Chief Administrative Officer's Signature      Date

Page 1 of 2

Distribution: Master File; Individual in Custody          DOC 0046 (Rev. 8/202

J.B. Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    BENJAMIN CLIFTON

ID# :    Y25989

Facility:    MENARD

3/21/25
Date

This is in response to your grievance received on __2/24/25__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __2/2/25__    Grievance Number: __K4-0225-0606__    Griev Loc: __MENARD__

- ☑ Medical Grieves not receiving their blood pressure check on 1/27/25 or 1/28/25; Grieves not seeing telepsych the next day
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: Mixed. Per the facilities response, it appears the appointments were missed, however, the telepsych appointment was rescheduled with the blood pressure check to be done the day prior.

FOR THE BOARD: _Rebecca Riggs_
Rebecca Riggs
Administrative Review Board

CONCURRED: _Latoya Hughes_
Latoya Hughes
Director

CC: Warden, __MENARD__ Correctional Center
__BENJAMIN CLIFTON__, ID# Y25989

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

N2-2-45

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 02/18/2025    Date of Review: 03/11/2025    Grievance #: K4-0225-0571

Individual in
Custody Name: Clifton, Benjamin                                    ID#: Y25989

**Nature of Grievance:**

Cell flooded and not cleaned for a week; putting in for sick call and no response.

**Facts Reviewed:**

Grievance Office reviewed on 03/11/2025 - Contacted North 2 Major Demond who advised any flooding on the gallery is addressed immediately, per proper cell house procedures. Cleaning supplies are passed out weekly per cell house schedule. Cleaning supplies are also available daily upon request. An outside vendor comes and sprays for bugs monthly. Per Offender 360, the Individual in Custody has been scheduled for the following healthcare related passes:
Cellhouse PPD's on 02/04/25, 02/06/25, 02/08/25, 02/10/25.
Healthcare Unit pass on 02/10/25 for Fibroscan.
Healthcare Unit Lab Pass for 03/03/2025.
RN Pass schedule for a future date.

Additionally, per the Menard Correctional Center Orientation Manual, You are required to keep your cell walls, bars, windows, bed, wash basin, toilet stool, floor, and furniture clean at all times.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the Individual in Custody's grievance be DENIED.

J. Guetersloh - Correctional Counselor II                Jacob Guetersloh  Digitally signed by Jacob Guetersloh
                                                                            Date: 2025.03.11 10:50:55 -05'00'
Print Grievance Officer's Name                            Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 03/11/2025          ☑ I concur      ☐ I do not concur      ☐ Remand

**Action Taken:**

Kevin Reichert          Digitally signed by Kevin Reichert
                        Date: 2025.03.13 14:22:04 -05'00'
Chief Administrative Officer's Signature                                    Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                ID#                        Date

Day 59

Grievance #/Institution: KU-0222-05-74

1st Lvl rec: MEN FEB 3 2025                    2nd Lvl rec: MEN FEB 13 2025

Housing Unit: N2    Bed #: __-7

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

| Date: 01-28-25 | Individual in Custody (please print): BENJAMIN E. CLIFTON | ID #: Y25989 | Race (optional): W |
|---|---|---|---|
| Present Facility: MENARD | | Facility where grievance issue occurred: MENARD | |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation

☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit

☒ Other (specify): Living Conditions / Conditions of Confinement

☐ Disciplinary Report _____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-11-24 cell N2-2-47 flooded their cell from the cause that the plumbing and sinks do not work properly. Being that the buttons stick and the water keeps running. The water was so much that it flooded to the surrounding cells.

At the time and present date I reside in N2-2-45. When I woke for breakfast I got out of bed to grab my tray and my feet were soaked in dirty water that flooded in from the gallery.

Protocol is that we are to be taken from our cells and a porter is suppose to mop out

☒ Continued on reverse

**Relief Requested:**

To be called for sick-call for my itchy feet and breathing problems. The ventilation system to be cleaned. Cell sprayed for bugs. The spots between the grates and door/window to be vacuumed or sprayed out that will be cleaned by hand. Disinfect to be passed out as stated in the AR'S.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Benjamin E. Clifton
Individual in Custody's Signature

Y25989
ID#

01-28-25
Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 2/5/2025   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Spoke with nurse Krebs... You have been added to the sick call list. Per North 2 Sanitation officer Choate: cleaning supplies are passed out once a week and available every day by request. The cell house is cleaned regularly as time and staffing allows.

Becker
Print Counselor's Name

Berl
Sign Counselor's Name

2/7/2025
Date

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

8b - Living Conditions - ongoing
11a - Sick Call Request

_____   _____
Chief Administrative Officer's Signature   Date

1st Lvl rec:                                                    2nd Lvl rec:

and disinfect ar cell when a flood happens. This water sat in ar cells and on the gallery for almost a week before the gallery was cleaned and ar cells were NEVER cleaned out.

From 12-01-24 to present 01-26-25 disinfect has not been passed out at all. At the time I had nothing to clean my cell with because I have not received my property from being put in strip cell status 8-31-24. See grievance #K4-1024-51777 I submitted on personal property, lost I.D, and clothing.

As of today I have submitted two sick calls to be seen about my itchy feet that I believe to be athlete's feet from my feet submerging in the dirty water. Being that the itching started after the flood incidents.

There is rust flakes, dirt, and trash stuck between the grate and the windows that I cannot get to because of the grate covering. When the C/O's shut the box lid and doors next to me this causes all the flakes and particles to go flying in the air into my food and respiratory system. The ventilation systems are caked in black dust and unknown substances that I also cannot get to, to clean. I am coughing up greenish/black stuff and its worse everyday. When I exercise everyday to keep my health it has become hard to breathe.

I am having to kill gnats, spiders, and roaches daily. I have found roaches in my food on two different occasions where it has sat in my "chuck-hole-box" waiting to be served. EVERYDAY gnats crawl around and in my food while it sits to be served to me.

The way im being treated is unnecessary and I do everything I can to prevent these problems that's within my power. I have notified ar 5-day C/O Barber of all the problems listed above. He has claimed to notify sanitation, health care, & property but nothing has been done. I have notified multiple C/O's on 2nd shift Bent, Miller, Young, and Koronio but have been told that most of this needs to be handled by 1st shift, they will see what they can do thargh.

Assigned Grievance #/Individual:                    Holding Unit:              Bed #:

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl

and disinfect our cell when a flood happens. This water sat in our cells and on the gallery for almost a week before the gallery was cleaned and our cells were NEVER cleaned out.

From 12-01-24 to present 01-26-25 disinfect has not been passed out at all. At the time I had nothing to clean my cell with because I have not received my property from being put in strip cell status 8-31-24. See grievance #K4-1024-5177 I submitted on personal property, lost I.D, and clothing.

As of today I have submitted two sick calls to be seen about my itchy feet that I believe to be athlete's feet from my feet submerging in the dirty water. Being that the itching started after the flood incidents.

There is rust flakes, dirt, and trash stuck between the grate and the window that I cannot get to because of the grate covering. When the C/O's shut the box lid and doors next to me this causes all the flakes and particles to go flying in the air into my food and respiratory system. The ventilation systems are caked in black dust and unknown substances that I also cannot get to, to clean. I am coughing up greenish/black stuff and its worse everyday. When I exercise everyday to keep my health it has become hard to breathe.

I am having to kill gnats, spiders, and roaches daily. I have found roaches in my food on two different occasions when it has sat in my "chuck-hole-box" waiting to be served. EVERYDAY gnats crawl across and in my food while it sits to be served to me.

The way I'm being treated is unnecessary and I do everything I can to prevent these problems that's within my power. I have notified our 5-Day C/O Baker of all the problems listed above. He has claimed to notify sanitation, health care, & property but nothing has been done. I have notified multiple C/O's on 2nd shift Bent, Miller, Young, and Korundo but have been told that most of this needs to be handled by 1st shift, they will see what they can do though.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

1st Lvl rec:  MEN  FEB 3 2025          2nd Lvl rec:

| Date: 01-28-25 | Individual in Custody (please print): BENJAMIN F. CLIFTON | ID #: Y25989 | Race (optional): W |
|---|---|---|---|
| Present Facility: MENARD | | Facility where grievance issue occurred: MENARD | |

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☐ Medical Treatment  ☐ ADA Disability Accommodation

☐ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☒ Other (specify): Living Conditions / Conditions of Confinement

☐ Disciplinary Report
_____ Date of report          _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-11-24 cell N2-2-47 flooded their cell from the cause that the plumbing and sinks do not work properly. Being that the buttons stick and the water keeps running. The water was so much that it flooded to the surrounding cells.

At the time and present date I reside in N2-2-45. When I woke for breakfast I got out of bed to grab my tray and my feet were soaked in dirty water that flooded in from the gallery.

Protocol is that we are to be taken from our cells and a porter is suppose to mop out

☒ Continued on reverse

**Relief Requested:**

To be called for sick-call for my itchy feet and breathing problems. The ventilation system to be cleaned. Cell sprayed for bugs. The spots between the grates and door/window to be vacuumed or sprayed out that can't be cleaned by hand. Disinfect to be passed out as stated in the ADR's.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

*Benjamin E. Clifton*          Y25989          01-28-25
Individual in Custody's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**  Date Received: 2/3/2025  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Spoke with nurse Krebs... You have been added to the sick call list. Per North 2 Sanitation officer Choate: cleaning supplies are passed out once a week and available every day by request. The cell house is cleaned regularly as time and staffing allows.

*Becker*          *Berh*          2/7/2025
Print Counselor's Name          Sign Counselor's Name          Date

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

acting
8b - Living Conditions
11a - Sick Call Request

_____          _____ Date
Chief Administrative Officer's Signature
Page 1 of 2

Distribution: Master File; Individual in Custody          DOC 0046 (Rev. 8/2023)



| | |
|---|---|
| Inmate Id: | Y25989 |
| Name: | CLIFTON, BENJAMIN |
| Chair Code: | RYNO |
| Grv Type: | L |
| Grv Code: | CONDITIONS |
| Receive Date: | 03/21/2025 |
| Hearing Date: | 00/00/0000 |
| Mailing Date: | 00/00/0000 |
| Grv Loc: | MENARD CC |
| Hearing Loc: | MENARD CC |

| | |
|---|---|
| Ret Form Ind: | |
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Resolved Ind: | |
| Grievance Number: | K4-0225-0571 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 04/10/2025 |

Comments: GRV# K4-0225-0571, GRV DTD 1/28/25. CLAIMS GALLERY FLOODED AND CLEANING SUPPLIES NOT PASSED OUT, GRIEVES CONDITIONS OF HOUSING UNIT.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Clifton, Benjamin
Name

425989
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?      (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?      Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?      Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:      101

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Civil Rights Complaint | 101 |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.